IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

TONY ABERNATHY, PHILLIP ADAMS, JUAN )
AHEDO, DARREN ALDRIDGE, LAVERTIS )
ALLEN, TYREE ALLEN, ROBERT ALMOND, )
SHEVON ANDERSON, RUSSELL AUSTIN, )
KEVIN BAGBY, MARK BALL, HOSEA BANKS, )
JENEEL BANKSTON, AARON BARNES, KEITH )
BARNES, LARON BARNES, MAURICE ) No. 12 C 870
BARNETT, MICHAEL BARNETT, THOMAS )
BARR, BARTOSZ BARTOSIK, GEORGE ) The Honorable _____
BASSETT, ROBERT BATTIE, ELDRA BEAMON, )
JAROSLAW BEBENEK, ANTWOINE BELL, ) Magistrate Judge _____
CLAUDE BENSON, RODRIGO BERNAL, )
MICHAEL BERNARD, THOMAS BIRT, JEFFERY )
BLACK, DARNELL BLAKELY, CHRISTOPHER )
BOGYO, GEORGE BOOKER, QUINDLE )
BOOKER, TERRENCE BOONE, JERRY )
BOURNES, MARTESE BOWMAN, WILLIAM )
BRACY, GENE BRADLEY, FRANK BRODLO, )
ERIC BROWN, KEVIN BROWN, MARSHA )
BROWN, JEVON BRYANT, CHARLES BURSON, )
CRAIG BYRD, RAYE CAFFEY, DENNIS CAIN, )
ERICK CAMARGO, IAN CAMBRIC, HERMAN )
CAMPBELL, MARCO CENTENO, ROBERT )
CHICO, DONALD CLAYTON, ROGER )
CLAYTON, GARLAND COBLE, GARY COLE, )
LAVELL COLE, JONATHAN COLLAZO, KEVIN )
COOKE, MICHAEL CORRAL, DANYEL )
CUNNINGHAM, DAVID DANCY, DERRICK )
DANDRIDGE, QUENTEN DANIELS, KEENEN )
DANZY, STANLEY DAPMORE, ANDRE DAVIS, )
MARCUS DAVIS, TOMMY DAVIS, VICTOR )
DAVISON, DANIEL DAWSON, JAVIER )
DEJESUS, MARCUS DELOACH, ABEL DIAZ, )
MAURICE DOSS, MARIO DOTSON, ROSELIUS )
DOWDELL, XANTHE DOXY, DERRICK DOYLE, )
TERRANCE EARLY, FRANCINA ELLIS, )
MICHELLE ELLIS, ANNA ENRIQUEZ, CARL )
EVANS, DAVID FARRER, ROBERT FAULKNER, )
THOMAS FAVORS, STAN FISCHER, EUGENE )
FISHER, GLENN FLORENCE, RAYNARD )
FOLLIN, SALVADOR FRANCO, LARRY )
FREDERICKS, TOMMY FREEMAN, KEITH FRY, )
HAVEN FULLER, RICHARD GACHO, SAMUEL )
GALARZA, GABRIEL GARCIA, SAMUEL )
GARCIA, WENDELL GARRETT, MARQUS )
GARY, MICHAEL GILLESPIE, RANDY GIPSON, )
THEUS GLASS, RODRIGO GRACIA, LEE )
GRANT, LABRON GRAY, WILLIAM GRAY, )
TORRIE GREENE, DAVID GULLEY, ERNNELL )

HALL, CLEO HAMMOND, CHRISTINE HARRIS,      )
JEREMY HARRIS, KENNETH HARRIS,             )
COURTNEY HART, ROBERT HART, BRIAN          )
HAWKINS, JERMAINE HAWKINS, NATHANIEL       )
HAYNES, WILLIAM HEARD, JASON HEATH,        )
JAMES HENRY, OSVALDO HERNANDEZ,            )
KELVIN HICKS, RAYMOND HILL,                )
CHRISTOPHER HINES, KENNETH HOLLINS,        )
DARRYL HOLMES, TODD HUELS, HERMAN          )
INGRAM, LORENZO JACKSON, STEVEN            )
JAMES, TERRELL JAMES, WILLIE JARRETT,      )
ANTHONY JOHNSON, JAHAMAHN JOHNSON,         )
JIMMIE JOHNSON, JOESETTA JOHNSON,          )
MACEO JOHNSON, MICHAEL JONES, PHILLIP      )
JONES, LOUIS KAFANTARIS, AARON             )
KEMPER, LOUIE LAGA, ANGEL LAUREANO,        )
ALVIN LEWIS, LORENZO LOPEZ, MARCEL         )
LURRY, WARREN MANGUM, CORTEZ               )
MANNING, MIGUEL MANZO, PAUL MARTIN,        )
MARCO MARTINEZ, DARRYL MASON,              )
MARCUS MAYS, RUFUS MCCLELLAN, JAMES        )
MCCLENDON, FLOYD MCCORMICK, MARTIN         )
MCCOY, ERICA MCCRAY, SHERMAN               )
MCDONALD, BELINDA MCKINLEY, CHARLES        )
MCMILLER, ANTHONY MENDEZ, VICTOR           )
MENDOZA, DAMON MIDDLETON, CURTIS           )
MOORE, RAEVON MORGAN, KRISTIN              )
MORRIS, PHILLIP MORRIS, THOMAS MORRIS,     )
KENNEIL MURDOCK, SHAWN MURPHY,             )
DEWITT MYERS, DARYEL NAMDAR, DION          )
NEAL, DWAYNE NEELEY, PHILLIP NELSON,       )
JAIME NIETO, MARIO NORMAN, DWAYNE          )
OLIVER, GLEEN ORTIZ, MICHAEL ORTIZ,        )
JAMES O'TOOLE, ANTHONY PARKER, BOBBY       )
PARKER, TONY PARKER, WESLEY PATTEN,        )
DONYEAL PEDEN, MIGUEL PEDRAZA,             )
DARNELL PERKINS, KATHERINE PETERS,         )
VICTOR PHILLS, KIM PINDAK, ALONZO          )
PORTER, JOSHUA PORTER, JOE POUNCIL,        )
ROGER PRESSWOOD, KELCEY PULLIAM,           )
HUMBERTO RAMIREZ, MARK RAMIREZ,            )
PHILIP RAMIREZ, TIMOTHY RATLIFF,           )
CLARENCE RAY, MICHAEL REED, MARCUS         )
REEVES, ARTHUR REYNOLDS, JAMES             )
RHODES, ARVETTE RICE, CEDRIC RICE,         )
JACQUES RICE, MICHAEL ROACH, MICHAEL       )
ROBERTS, ANTHONY ROBINSON, JUAN           )
RODRIGUEZ, MARCO RODRIGUEZ, TERRELL        )
ROME, ERIC ROOKS, CLIFTON ROSS,            )
EDWARD RUIZ, JAMES SANDERS, JERRY          )
SANDERS, JACOBI SATERFIELD, GREGORY        )
SCOTT, KEVIS SIMMS, KENNETH SIMS,          )
ANTRON SMITH, DARIUS SMITH, GEORGE         )
SMITH, GREGORY SMITH, LASHAWN SMITH,       )

MARSHALL SMITH, RONNINA SMITH,                )
VITTORIO SMITH, XAVIER SMITH, LAZAR           )
STARKS, JAMES STEPHENSON, EDDIE               )
STEWART, LAWRENCE STEWART, LATRELLE           )
STRICKLIN, CHARLES TATE, DILLARD              )
TAYLOR, GRAYLING TAYLOR, MICHAEL              )
TAYLOR, JEROME THOMAS, RONNIE                 )
THOMAS, ALONZO THOMPSON, DUANA                )
TILLMAN, IVAN TORRES, ZACCHEUS TORRY,         )
CHANNELL NOLEN TOWNSEND, JAMES                )
URSO, JOSEPH VAUGHN, SEAN WALKER,             )
TERRY WALKER, KAVIN WARDELL, ISAIAH           )
WARREN, TEON WARREN, JONAS WATKINS,           )
ROBERT WELLS, LARRY WHITE, MICHAEL            )
WILKINS, JOANNE WILLIAMS, LARRY               )
WILLIAMS, MICHAEL WILLIAMS, SHAWN             )
WILLIAMS, VELMA WILLIAMS, WILLIAM             )
WILLIAMS, HOWARD WILLIAMSON, CEDRIC           )
WINCE, MINOSO WINTERS, WARREN                 )
WOODARD, KEVIN WOODS, TAVARES                 )
WRIGHT, RAYMOND YOUNG, and REGGIE             )
ZEIGLER,                                      )
                                              )
                        Plaintiffs,           )
            v.                                )
                                              )
CITY OF CHICAGO,                              )
                                              )
                        Defendant.            )

## COMPLAINT

Plaintiffs Tony Abernathy, Phillip Adams, Juan Ahedo, Darren Aldridge, Lavertis Allen,

Tyree Allen, Robert Almond, Shevon Anderson, Russell Austin, Kevin Bagby, Mark Ball, Hosea

Banks, Jeneel Bankston, Aaron Barnes, Keith Barnes, Laron Barnes, Maurice Barnett, Michael

Barnett, Thomas Barr, Bartosz Bartosik, George Bassett, Robert Battie, Eldra Beamon, Jaroslaw

Bebenek, Antwoine Bell, Claude Benson, Rodrigo Bernal, Michael Bernard, Thomas Birt,

Jeffery Black, Darnell Blakely, Christopher Bogyo, George Booker, Quindle Booker, Terrence

Boone, Jerry Bournes, Martese Bowman, William Bracy, Gene Bradley, Frank Brodlo, Eric

Brown, Kevin Brown, Marsha Brown, Jevon Bryant, Charles Burson, Craig Byrd, Raye Caffey,

Dennis Cain, Erick Camargo, Ian Cambric, Herman Campbell, Marco Centeno, Robert Chico,

Donald Clayton, Roger Clayton, Garland Coble, Gary Cole, Lavell Cole, Jonathan Collazo,

Kevin Cooke, Michael Corral, Danyel Cunningham, David Dancy, Derrick Dandridge, Quenten Daniels, Keenen Danzy, Stanley Dapmore, Andre Davis, Marcus Davis, Tommy Davis, Victor Davison, Daniel Dawson, Javier Dejesus, Marcus Deloach, Abel Diaz, Maurice Doss, Mario Dotson, Roselius Dowdell, Xanthe Doxy, Derrick Doyle, Terrance Early, Francina Ellis, Michelle Ellis, Anna Enriquez, Carl Evans, David Farrer, Robert Faulkner, Thomas Favors, Stan Fischer, Eugene Fisher, Glenn Florence, Raynard Follin, Salvador Franco, Larry Fredericks, Tommy Freeman, Keith Fry, Haven Fuller, Richard Gacho, Samuel Galarza, Gabriel Garcia, Samuel Garcia, Wendell Garrett, Marqus Gary, Michael Gillespie, Randy Gipson, Theus Glass, Rodrigo Gracia, Lee Grant, Labron Gray, William Gray, Torrie Greene, David Gulley, Ernnell Hall, Cleo Hammond, Christine Harris, Jeremy Harris, Kenneth Harris, Courtney Hart, Robert Hart, Brian Hawkins, Jermaine Hawkins, Nathaniel Haynes, William Heard, Jason Heath, James Henry, Osvaldo Hernandez, Kelvin Hicks, Raymond Hill, Christopher Hines, Kenneth Hollins, Darryl Holmes, Todd Huels, Herman Ingram, Lorenzo Jackson, Steven James, Terrell James, Willie Jarrett, Anthony Johnson, Jahamahn Johnson, Jimmie Johnson, Joesetta Johnson, Maceo Johnson, Michael Jones, Phillip Jones, Louis Kafantaris, Aaron Kemper, Louie Laga, Angel Laureano, Alvin Lewis, Lorenzo Lopez, Marcel Lurry, Warren Mangum, Cortez Manning, Miguel Manzo, Paul Martin, Marco Martinez, Darryl Mason, Marcus Mays, Rufus McClellan, James McClendon, Floyd McCormick, Martin McCoy, Erica McCray, Sherman McDonald, Belinda McKinley, Charles McMiller, Anthony Mendez, Victor Mendoza, Damon Middleton, Curtis Moore, Raevon Morgan, Kristin Morris, Phillip Morris, Thomas Morris, Kenneil Murdock, Shawn Murphy, Dewitt Myers, Daryel Namdar, Dion Neal, Dwayne Neeley, Phillip Nelson, Jaime Nieto, Mario Norman, Dwayne Oliver, Gleen Ortiz, Michael Ortiz, James Otoole, Anthony Parker, Bobby Parker, Tony Parker, Wesley Patten, Donyeal Peden, Miguel Pedraza, Darnell Perkins, Katherine Peters, Victor Phills, Kim Pindak, Alonzo Porter, Joshua Porter, Joe Pouncil, Roger Presswood, Kelcey Pulliam, Humberto Ramirez, Mark Ramirez, Philip Ramirez, Timothy Ratliff, Clarence Ray, Michael Reed, Marcus Reeves, Arthur Reynolds, James Rhodes, Arvette Rice, Cedric Rice, Jacques Rice, Michael Roach, Michael Roberts, Anthony Robinson,

Juan Rodriguez, Marco Rodriguez, Terrell Rome, Eric Rooks, Clifton Ross, Edward Ruiz, James Sanders, Jerry Sanders, Jacobi Saterfield, Gregory Scott, Kevis Simms, Kenneth Sims, Antron Smith, Darius Smith, George Smith, Gregory Smith, Lashawn Smith, Marshall Smith, Ronnina Smith, Vittorio Smith, Xavier Smith, Lazar Starks, James Stephenson, Eddie Stewart, Lawrence Stewart, Latrelle Stricklin, Charles Tate, Dillard Taylor, Grayling Taylor, Michael Taylor, Jerome Thomas, Ronnie Thomas, Alonzo Thompson, Duana Tillman, Ivan Torres, Zaccheus Torry, Channell Nolen Townsend, James Urso, Joseph Vaughn, Sean Walker, Terry Walker, Kavin Wardell, Isaiah Warren, Teon Warren, Jonas Watkins, Robert Wells, Larry White, Michael Wilkins, Joanne Williams, Larry Williams, Michael Williams, Shawn Williams, Velma Williams, William Williams, Howard Williamson, Cedric Wince, Minoso Winters, Warren Woodard, Kevin Woods, Tavares Wright, Raymond Young, and Reggie Zeigler complain against defendant City of Chicago as follows.

## NATURE OF THE CASE

1. Plaintiffs are all former class members in *Portis v. City of Chicago*, No. 02 C 3139. The class certified in that case was defined as:

> all persons who, from May 1, 2000 through September 3, 2004, were arrested on ordinance violations which carry no jail time in the City of Chicago and who were detained for more than two hours after all administrative steps incident to the arrest, except non-discretionary ministerial acts, were completed. The class is further limited to those persons who (1) were not fingerprinted by defendants after being brought into custody; and (2) were eligible for release on personal recognizance bond pursuant to Rule 553(d) of the Illinois Supreme Court.

2. On July 23, 2010, the Seventh Circuit decertified the class in the *Portis* case and remanded the case for further proceedings consistent with the Court's opinion.

3. Plaintiffs have been arrested for ordinance violations that are punishable by fine only, not jail sentences, and were not fingerprinted. They bring this action pursuant to 42 U.S.C. §§1983 and 1988, challenging a policy and practice of the City of Chicago of detaining non-fingerprinted ordinance arrestees for unreasonably long periods from arrest to release. The unnecessary delays result from the CPD's policy of processing plaintiffs in the same manner as

other arrestees, regardless of the crime and even though the process includes steps that according to the Chicago Police Department's ("CPD") General Orders ("GOs") and Department Special Orders ("DSOs"), are not necessary to process non-fingerprinted ordinance violators like plaintiffs.

4. Specifically, plaintiffs have been arrested and transported to a police station where they were placed in a holding area while an arrest report and quasi-criminal complaint was prepared, a name check was run to determine whether there were any outstanding warrants, charged with an ordinance violation that is punishable by fine only, a probable cause determination was made, and the watch commander who satisfied with the identification and the absence of any warrants, decided that it was unnecessary to fingerprint them. At that point, according to the CPD's GOs and DSOs and to Ill.S.Ct.R. 553(d), each plaintiff was eligible for release on an I-bond, and there was nothing left to do but to issue a central booking ("CB") number, secure their signature on an I-bond, and release them. Instead the CPD transferred plaintiffs from the holding area to a lockup area and placed them in a lockup cell, notwithstanding the fact that there was no law enforcement reason for doing so. When plaintiffs were placed in a cell, unlike other arrestees, they (a) were not to be fingerprinted because both their identity and the fact that they were not wanted on an outstanding warrant had been established; and (b) were not awaiting a probable cause and/or bond hearing.

5. Furthermore, plaintiffs were not under the influence of drugs or alcohol or otherwise in need of any medical treatment that required further detention and there were no events, routine or unusual, occurring in the district station at the time they became eligible for release that should have delayed their prompt release.

6. Moreover, placing plaintiffs in a lockup cell causes foreseeable lengthy delays and routinely results in unreasonably long periods of detention -- more than four hours and often more than 12 hours.

7.  It takes lockup personnel significantly more time to process plaintiffs in order to place them in a cell and monitor them while they are incarcerated than to prepare the I-bond for their prompt release.

8.  This practice and policy has been approved, condoned and employed by the City of Chicago.  Plaintiffs have documentation of thousands of occurrences where the defendant has detained non-fingerprinted ordinance arrestees for unreasonably long periods of time pursuant to this practice. These unreasonable delays are foreseeable, citywide, and easily avoidable.

9.  Plaintiffs seek damages to redress deprivations under color of law, of rights, privileges and immunities secured by the Fourth and Fourteenth Amendments to the United States Constitution.

## JURISDICTION AND VENUE

10.  The Court has jurisdiction of this cause pursuant to 28 U.S.C. §§1331 and 1343 and pursuant to 42 U.S.C. §§1983 and 1988.

11.  Venue is proper in the Northern District of Illinois under 28 U.S.C. §1391(b) because the defendant is in Illinois and in the district and all events giving rise to the claims occurred in the district.

12.  This complaint is related within the meaning of Local Rule 40.4(a)(2) to *Portis v. City of Chicago*, No. 02 C 3139, that is currently pending before the Honorable Robert W. Gettleman.

## THE PARTIES

13.  Plaintiffs are citizens of the United States and at all times relevant hereto were residents of the State of Illinois.

14.  Defendant City of Chicago is a municipal corporation, a body politic, existing under and by virtue of the laws of the State of Illinois.

FACTUAL ALLEGATIONS

15.  Plaintiff Tony Abernathy was arrested on numerous occasions: (1) at 5:10 p.m. on 12/08/00, was transported to District 1 police station where he was processed, charged, an initial probable-cause determination was made, and the watch commander determined he was not to be fingerprinted.  Plaintiff was then taken to lockup, issued a CB number at 6:07 p.m. and, pursuant to the city's policy, placed in a lockup cell.  Plaintiff was released on an I-bond at 8:30 p.m.; (2) at 5:30 p.m. on 12/02/00, was transported to District 1 police station where he was processed, charged, an initial probable-cause determination was made, and the watch commander determined he was not to be fingerprinted.  Plaintiff was then taken to lockup, issued a CB number at 6:40 p.m. and, pursuant to the city's policy, placed in a lockup cell.  Plaintiff was released on an I-bond at 12:20 a.m. on 12/03/00; (3) at 10:45 a.m. on 08/09/01, was transported to District 19 police station where he was processed, charged, an initial probable-cause determination was made, and the watch commander determined he was not to be fingerprinted.  Plaintiff was then taken to lockup, issued a CB number at 11:55 a.m. and, pursuant to the city's policy, placed in a lockup cell.  Plaintiff was released on an I-bond at 6:00 p.m.; and (4) at 11:15 p.m. on 06/28/03, was transported to District 19 police station where he was processed, charged, an initial probable-cause determination was made, and the watch commander determined he was not to be fingerprinted.  Plaintiff was then taken to lockup, issued a CB number at 12:31 a.m. and, pursuant to the city's policy, placed in a lockup cell.  Plaintiff was released on an I-bond at 10:30 a.m.

16.  Plaintiff Phillip Adams was arrested at 9:30 p.m. on 06/18/02, was transported to District 11 police station where he was processed, charged, an initial probable-cause determination was made, and the watch commander determined he was not to be fingerprinted.  Plaintiff was then taken to lockup, issued a CB number at 11:01 p.m. and, pursuant to the city's policy, placed in a lockup cell.  Plaintiff was released on an I-bond at 4:20 a.m. on 06/19/02.

17.  Plaintiff Juan Ahedo was arrested at 2:45 p.m. on 04/14/03, was transported to District 17 police station where he was processed, charged, an initial probable-cause

6

determination was made, and the watch commander determined he was not to be fingerprinted. Plaintiff was then taken to lockup, issued a CB number at 3:37 p.m. and, pursuant to the city's policy, placed in a lockup cell. Plaintiff was released on an I-bond at 11:45 p.m.

18. Plaintiff Darren Aldridge was arrested on numerous occasions: (1) at 1:40 p.m. on 04/15/01, was transported to District 1 police station where he was processed, charged, an initial probable-cause determination was made, and the watch commander determined he was not to be fingerprinted. Plaintiff was then taken to lockup, issued a CB number at 2:58 p.m. and, pursuant to the city's policy, placed in a lockup cell. Plaintiff was released on an I-bond at 6:25 p.m.; (2) at 12:55 p.m. on 06/21/00, was transported to District 12 police station where he was processed, charged, an initial probable-cause determination was made, and the watch commander determined he was not to be fingerprinted. Plaintiff was then taken to lockup, issued a CB number at 2:01 p.m. and, pursuant to the city's policy, placed in a lockup cell. Plaintiff was released on an I-bond at 6:30 p.m.; and (3) at 10:00 a.m. on 03/05/02, was transported to District 1 police station where he was processed, charged, an initial probable-cause determination was made, and the watch commander determined he was not to be fingerprinted. Plaintiff was then taken to lockup, issued a CB number at 11:37 a.m. and, pursuant to the city's policy, placed in a lockup cell. Plaintiff was released on an I-bond at 7:20 p.m.

19. Plaintiff Lavertis Allen was arrested at 11:00 a.m. on 04/18/01, was transported to District 7 police station where he was processed, charged, an initial probable-cause determination was made, and the watch commander determined he was not to be fingerprinted. Plaintiff was then taken to lockup, issued a CB number at 12:48 p.m. and, pursuant to the city's policy, placed in a lockup cell. Plaintiff was released on an I-bond at 4:30 p.m.

20. Plaintiff Tyree Allen was arrested at 8:15 p.m. on 11/21/00, was transported to District 11 police station where he was processed, charged, an initial probable-cause determination was made, and the watch commander determined he was not to be fingerprinted. Plaintiff was then taken to lockup, issued a CB number at 9:10 p.m. and, pursuant to the city's policy, placed in a lockup cell. Plaintiff was released on an I-bond at 12:15 a.m. on 11/22/00.

7

21.  Plaintiff Robert Almond was arrested at 6:35 p.m. on 02/12/01, was transported to District 7 police station where he was processed, charged, an initial probable-cause determination was made, and the watch commander determined he was not to be fingerprinted.  Plaintiff was then taken to lockup, issued a CB number at 9:15 p.m. and, pursuant to the city's policy, placed in a lockup cell.  Plaintiff was released on an I-bond at 2:00 a.m. on 02/13/01.

22.  Plaintiff Shevon Anderson was arrested at 1:00 p.m. on 09/05/00, was transported to District 25 police station where he was processed, charged, an initial probable-cause determination was made, and the watch commander determined he was not to be fingerprinted.  Plaintiff was then taken to lockup, issued a CB number at 2:11 p.m. and, pursuant to the city's policy, placed in a lockup cell.  Plaintiff was released on an I-bond at 7:15 p.m.

23.  Plaintiff Russell Austin was arrested at 10:00 a.m. on 11/11/01, was transported to District 1 police station where he was processed, charged, an initial probable-cause determination was made, and the watch commander determined he was not to be fingerprinted.  Plaintiff was then taken to lockup, issued a CB number at 3:12 p.m. and, pursuant to the city's policy, placed in a lockup cell.  Plaintiff was released on an I-bond at 8:00 p.m.

24.  Plaintiff Kevin Bagby was arrested on numerous occasions: (1) at 2:00 p.m. on 09/07/00, was transported to District 16 police station where he was processed, charged, an initial probable-cause determination was made, and the watch commander determined he was not to be fingerprinted.  Plaintiff was then taken to lockup, issued a CB number at 4:03 p.m. and, pursuant to the city's policy, placed in a lockup cell.  Plaintiff was released on an I-bond at 6:30 p.m.; (2) at 3:30 p.m. on 09/13/00, was transported to District 16 police station where he was processed, charged, an initial probable-cause determination was made, and the watch commander determined he was not to be fingerprinted.  Plaintiff was then taken to lockup, issued a CB number at 5:08 p.m. and, pursuant to the city's policy, placed in a lockup cell.  Plaintiff was released on an I-bond at 8:58 p.m.; and (3) at 6:00 p.m. on 09/14/00, was transported to District 16 police station where he was processed, charged, an initial probable-cause determination was made, and the watch commander determined he was not to be fingerprinted.  Plaintiff was then

taken to lockup, issued a CB number at 7:47 p.m. and, pursuant to the city's policy, placed in a lockup cell. Plaintiff was released on an I-bond at 1:25 a.m. on 09/15/00.

25. Plaintiff Mark Ball was arrested at 1:55 p.m. on 02/09/01, was transported to District 1 police station where he was processed, charged, an initial probable-cause determination was made, and the watch commander determined he was not to be fingerprinted. Plaintiff was then taken to lockup, issued a CB number at 3:09 p.m. and, pursuant to the city's policy, placed in a lockup cell. Plaintiff was released on an I-bond at 8:20 p.m.

26. Plaintiff Hosea Banks was arrested at 2:30 p.m. on 09/16/01, was transported to District 18 police station where he was processed, charged, an initial probable-cause determination was made, and the watch commander determined he was not to be fingerprinted. Plaintiff was then taken to lockup, issued a CB number at 3:45 p.m. and, pursuant to the city's policy, placed in a lockup cell. Plaintiff was released on an I-bond at 9:00 p.m.

27. Plaintiff Jeneel Bankston was arrested at 11:30 p.m. on 05/11/00, was transported to District 6 police station where he was processed, charged, an initial probable-cause determination was made, and the watch commander determined he was not to be fingerprinted. Plaintiff was then taken to lockup, issued a CB number at 1:44 a.m. and, pursuant to the city's policy, placed in a lockup cell. Plaintiff was released on an I-bond at 5:40 a.m. on 05/12/00.

28. Plaintiff Aaron Barnes was arrested at 3:20 a.m. on 02/14/04, was transported to District 2 police station where he was processed, charged, an initial probable-cause determination was made, and the watch commander determined he was not to be fingerprinted. Plaintiff was then taken to lockup, issued a CB number at 6:54 a.m. and, pursuant to the city's policy, placed in a lockup cell. Plaintiff was released on an I-bond at 10:50 a.m.

29. Plaintiff Keith Barnes was arrested on numerous occasions: (1) at 9:30 p.m. on 10/01/01, was transported to District 16 police station where he was processed, charged, an initial probable-cause determination was made, and the watch commander determined he was not to be fingerprinted. Plaintiff was then taken to lockup, issued a CB number at 10:42 p.m. and, pursuant to the city's policy, placed in a lockup cell. Plaintiff was released on an I-bond at 6:20

9

a.m. on 10/02/01; and (2) at 1:45 p.m. on 10/17/00, was transported to District 1 police station where he was processed, charged, an initial probable-cause determination was made, and the watch commander determined he was not to be fingerprinted. Plaintiff was then taken to lockup, issued a CB number at 3:26 p.m. and, pursuant to the city's policy, placed in a lockup cell. Plaintiff was released on an I-bond at 11:00 p.m.

30. Plaintiff Laron Barnes was arrested on numerous occasions: (1) at 12:55 p.m. on 08/28/03, was transported to District 18 police station where he was processed, charged, an initial probable-cause determination was made, and the watch commander determined he was not to be fingerprinted. Plaintiff was then taken to lockup, issued a CB number at 2:58 p.m. and, pursuant to the city's policy, placed in a lockup cell. Plaintiff was released on an I-bond at 6:30 p.m.; and (2) at 2:35 p.m. on 04/19/02, was transported to District 18 police station where he was processed, charged, an initial probable-cause determination was made, and the watch commander determined he was not to be fingerprinted. Plaintiff was then taken to lockup, issued a CB number at 3:52 p.m. and, pursuant to the city's policy, placed in a lockup cell. Plaintiff was released on an I-bond at 9:00 p.m.

31. Plaintiff Maurice Barnett was arrested at 12:45 p.m. on 01/26/04, was transported to District 12 police station where he was processed, charged, an initial probable-cause determination was made, and the watch commander determined he was not to be fingerprinted. Plaintiff was then taken to lockup, issued a CB number at 3:15 p.m. and, pursuant to the city's policy, placed in a lockup cell. Plaintiff was released on an I-bond at 8:00 p.m.

32. Plaintiff Michael Barnett was arrested at 3:00 p.m. on 04/07/04, was transported to District 4 police station where he was processed, charged, an initial probable-cause determination was made, and the watch commander determined he was not to be fingerprinted. Plaintiff was then taken to lockup, issued a CB number at 4:46 p.m. and, pursuant to the city's policy, placed in a lockup cell. Plaintiff was released on an I-bond at 7:25 p.m.

33. Plaintiff Thomas Barr was arrested on numerous occasions: (1) at 12:15 p.m. on 08/31/03, was transported to District 23 police station where he was processed, charged, an

initial probable-cause determination was made, and the watch commander determined he was not to be fingerprinted. Plaintiff was then taken to lockup, issued a CB number at 12:46 p.m. and, pursuant to the city's policy, placed in a lockup cell. Plaintiff was released on an I-bond at 4:40 p.m.; (2) at 7:00 p.m. on 05/05/04, was transported to District 23 police station where he was processed, charged, an initial probable-cause determination was made, and the watch commander determined he was not to be fingerprinted. Plaintiff was then taken to lockup, issued a CB number at 8:07 p.m. and, pursuant to the city's policy, placed in a lockup cell. Plaintiff was released on an I-bond at 11:10 p.m.; (3) at 2:20 p.m. on 05/07/04, was transported to District 23 police station where he was processed, charged, an initial probable-cause determination was made, and the watch commander determined he was not to be fingerprinted. Plaintiff was then taken to lockup, issued a CB number at 2:56 p.m. and, pursuant to the city's policy, placed in a lockup cell. Plaintiff was released on an I-bond at 6:05 p.m.; and (4) at 6:50 p.m. on 05/04/04, was transported to District 23 police station where he was processed, charged, an initial probable-cause determination was made, and the watch commander determined he was not to be fingerprinted. Plaintiff was then taken to lockup, issued a CB number at 8:10 p.m. and, pursuant to the city's policy, placed in a lockup cell. Plaintiff was released on an I-bond at 9:45 p.m.

34. Plaintiff Bartosz Bartosik was arrested at 5:40 p.m. on 03/20/01, was transported to District 25 police station where he was processed, charged, an initial probable-cause determination was made, and the watch commander determined he was not to be fingerprinted. Plaintiff was then taken to lockup, issued a CB number at 7:04 p.m. and, pursuant to the city's policy, placed in a lockup cell. Plaintiff was released on an I-bond at 2:45 a.m. on 03/21/01.

35. Plaintiff George Bassett was arrested at 9:20 p.m. on 09/16/00, was transported to District 6 police station where he was processed, charged, an initial probable-cause determination was made, and the watch commander determined he was not to be fingerprinted. Plaintiff was then taken to lockup, issued a CB number at 11:00 p.m. and, pursuant to the city's policy, placed in a lockup cell. Plaintiff was released on an I-bond at 5:05 a.m. on 09/17/00.

36. Plaintiff Robert Battie was arrested at 3:45 p.m. on 08/22/00, was transported to District 5 police station where he was processed, charged, an initial probable-cause determination was made, and the watch commander determined he was not to be fingerprinted. Plaintiff was then taken to lockup, issued a CB number at 5:18 p.m. and, pursuant to the city's policy, placed in a lockup cell. Plaintiff was released on an I-bond at 11:30 p.m.

37. Plaintiff Eldra Beamon was arrested at 12:10 p.m. on 09/03/03, was transported to District 1 police station where she was processed, charged, an initial probable-cause determination was made, and the watch commander determined she was not to be fingerprinted. Plaintiff was then taken to lockup, issued a CB number at 3:22 p.m. and, pursuant to the city's policy, placed in a lockup cell. Plaintiff was released on an I-bond at 6:10 p.m.

38. Plaintiff Jaroslaw Bebenek was arrested at 5:40 p.m. on 12/04/01, was transported to District 17 police station where he was processed, charged, an initial probable-cause determination was made, and the watch commander determined he was not to be fingerprinted. Plaintiff was then taken to lockup, issued a CB number at 6:29 p.m. and, pursuant to the city's policy, placed in a lockup cell. Plaintiff was released on an I-bond at 12:05 a.m. on 12/05/01.

39. Plaintiff Antwoine Bell was arrested at 12:42 p.m. on 12/27/03, was transported to District 15 police station where he was processed, charged, an initial probable-cause determination was made, and the watch commander determined he was not to be fingerprinted. Plaintiff was then taken to lockup, issued a CB number at 2:27 p.m. and, pursuant to the city's policy, placed in a lockup cell. Plaintiff was released on an I-bond at 7:20 p.m.

40. Plaintiff Claude Benson was arrested at 5:10 p.m. on 05/20/00, was transported to District 1 police station where he was processed, charged, an initial probable-cause determination was made, and the watch commander determined he was not to be fingerprinted. Plaintiff was then taken to lockup, issued a CB number at 6:01 p.m. and, pursuant to the city's policy, placed in a lockup cell. Plaintiff was released on an I-bond at 9:45 a.m. on 05/21/00.

41. Plaintiff Rodrigo Bernal was arrested at 12:10 a.m. on 07/05/03, was transported to District 8 police station where he was processed, charged, an initial probable-cause determination

was made, and the watch commander determined he was not to be fingerprinted. Plaintiff was then taken to lockup, issued a CB number at 2:28 a.m. and, pursuant to the city's policy, placed in a lockup cell. Plaintiff was released on an I-bond at 5:40 a.m.

42. Plaintiff Michael Bernard was arrested at 11:45 a.m. on 09/30/00, was transported to District 11 police station where he was processed, charged, an initial probable-cause determination was made, and the watch commander determined he was not to be fingerprinted. Plaintiff was then taken to lockup, issued a CB number at 1:51 p.m. and, pursuant to the city's policy, placed in a lockup cell. Plaintiff was released on an I-bond at 9:15 p.m.

43. Plaintiff Thomas Birt was arrested at 7:05 p.m. on 05/13/00, was transported to District 25 police station where he was processed, charged, an initial probable-cause determination was made, and the watch commander determined he was not to be fingerprinted. Plaintiff was then taken to lockup, issued a CB number at 8:32 p.m. and, pursuant to the city's policy, placed in a lockup cell. Plaintiff was released on an I-bond at 12:50 a.m. on 05/14/00.

44. Plaintiff Jeffery Black was arrested on numerous occasions: (1) at 5:45 p.m. on 01/23/03, was transported to District 1 police station where he was processed, charged, an initial probable-cause determination was made, and the watch commander determined he was not to be fingerprinted. Plaintiff was then taken to lockup, issued a CB number at 8:34 p.m. and, pursuant to the city's policy, placed in a lockup cell. Plaintiff was released on an I-bond at 5:15 a.m. on 01/24/03.; and (2) at 2:55 p.m. on 11/30/11, was transported to District 1 police station where he was processed, charged, an initial probable-cause determination was made, and the watch commander determined he was not to be fingerprinted. Plaintiff was then taken to lockup, issued a CB number at 4:49 p.m. and, pursuant to the city's policy, placed in a lockup cell. Plaintiff was released on an I-bond at 10:30 p.m.

45. Plaintiff Darnell Blakely was arrested at 1:30 a.m. on 02/19/03, was transported to District 6 police station where he was processed, charged, an initial probable-cause determination was made, and the watch commander determined he was not to be fingerprinted. Plaintiff was

13

then taken to lockup, issued a CB number at 4:45 a.m. and, pursuant to the city's policy, placed in a lockup cell. Plaintiff was released on an I-bond at 10:00 a.m.

46. Plaintiff Christopher Bogyo was arrested at 1:30 p.m. on 06/27/00, was transported to District 8 police station where he was processed, charged, an initial probable-cause determination was made, and the watch commander determined he was not to be fingerprinted. Plaintiff was then taken to lockup, issued a CB number at 3:20 p.m. and, pursuant to the city's policy, placed in a lockup cell. Plaintiff was released on an I-bond at 7:10 p.m.

47. Plaintiff George Booker was arrested at 12:50 p.m. on 01/12/01, was transported to District 25 police station where he was processed, charged, an initial probable-cause determination was made, and the watch commander determined he was not to be fingerprinted. Plaintiff was then taken to lockup, issued a CB number at 2:57 p.m. and, pursuant to the city's policy, placed in a lockup cell. Plaintiff was released on an I-bond at 5:45 p.m.

48. Plaintiff Quindle Booker was arrested at 9:00 p.m. on 05/09/04, was transported to District 12 police station where he was processed, charged, an initial probable-cause determination was made, and the watch commander determined he was not to be fingerprinted. Plaintiff was then taken to lockup, issued a CB number at 10:13 p.m. and, pursuant to the city's policy, placed in a lockup cell. Plaintiff was released on an I-bond at 2:00 a.m. on 05/10/04.

49. Plaintiff Terrence Boone was arrested at 7:20 p.m. on 08/07/01, was transported to District 6 police station where he was processed, charged, an initial probable-cause determination was made, and the watch commander determined he was not to be fingerprinted. Plaintiff was then taken to lockup, issued a CB number at 9:05 p.m. and, pursuant to the city's policy, placed in a lockup cell. Plaintiff was released on an I-bond at 4:00 a.m. on 08/08/01.

50. Plaintiff Jerry Bournes was arrested on numerous occasions: (1) at 12:30 p.m. on 06/14/00, was transported to District 23 police station where he was processed, charged, an initial probable-cause determination was made, and the watch commander determined he was not to be fingerprinted. Plaintiff was then taken to lockup, issued a CB number at 2:03 p.m. and, pursuant to the city's policy, placed in a lockup cell. Plaintiff was released on an I-bond at 6:30

14

p.m.; (2) at 7:30 p.m. on 04/22/03, was transported to District 19 police station where he was processed, charged, an initial probable-cause determination was made, and the watch commander determined he was not to be fingerprinted. Plaintiff was then taken to lockup, issued a CB number at 9:23 p.m. and, pursuant to the city's policy, placed in a lockup cell. Plaintiff was released on an I-bond at 1:30 a.m. on 04/23/03.; (3) at 1:30 p.m. on 06/02/02, was transported to District 19 police station where he was processed, charged, an initial probable-cause determination was made, and the watch commander determined he was not to be fingerprinted. Plaintiff was then taken to lockup, issued a CB number at 3:18 p.m. and, pursuant to the city's policy, placed in a lockup cell. Plaintiff was released on an I-bond at 9:00 p.m.; (4) at 1:55 p.m. on 05/23/02, was transported to District 23 police station where he was processed, charged, an initial probable-cause determination was made, and the watch commander determined he was not to be fingerprinted. Plaintiff was then taken to lockup, issued a CB number at 2:59 p.m. and, pursuant to the city's policy, placed in a lockup cell. Plaintiff was released on an I-bond at 5:00 p.m.; (5) at 7:20 p.m. on 01/04/02, was transported to District 12 police station where he was processed, charged, an initial probable-cause determination was made, and the watch commander determined he was not to be fingerprinted. Plaintiff was then taken to lockup, issued a CB number at 8:15 p.m. and, pursuant to the city's policy, placed in a lockup cell. Plaintiff was released on an I-bond at 10:50 p.m.; (6) at 8:30 p.m. on 05/27/03, was transported to District 23 police station where he was processed, charged, an initial probable-cause determination was made, and the watch commander determined he was not to be fingerprinted. Plaintiff was then taken to lockup, issued a CB number at 9:07 p.m. and, pursuant to the city's policy, placed in a lockup cell. Plaintiff was released on an I-bond at 12:01 a.m. on 05/28/03; (7) at 2:20 p.m. on 07/12/02, was transported to District 23 police station where he was processed, charged, an initial probable-cause determination was made, and the watch commander determined he was not to be fingerprinted. Plaintiff was then taken to lockup, issued a CB number at 4:01 p.m. and, pursuant to the city's policy, placed in a lockup cell. Plaintiff was released on an I-bond at 6:30 p.m.; (8) at 2:20 p.m. on 06/23/01, was transported to District 23 police station where he was

15

processed, charged, an initial probable-cause determination was made, and the watch commander determined he was not to be fingerprinted. Plaintiff was then taken to lockup, issued a CB number at 3:13 p.m. and, pursuant to the city's policy, placed in a lockup cell. Plaintiff was released on an I-bond at 6:35 p.m.; (9) at 1:10 p.m. on 05/08/02, was transported to District 23 police station where he was processed, charged, an initial probable-cause determination was made, and the watch commander determined he was not to be fingerprinted. Plaintiff was then taken to lockup, issued a CB number at 1:32 p.m. and, pursuant to the city's policy, placed in a lockup cell. Plaintiff was released on an I-bond at 5:30 p.m.; (10) at 1:15 p.m. on 07/24/03, was transported to District 19 police station where he was processed, charged, an initial probable-cause determination was made, and the watch commander determined he was not to be fingerprinted. Plaintiff was then taken to lockup, issued a CB number at 2:07 p.m. and, pursuant to the city's policy, placed in a lockup cell. Plaintiff was released on an I-bond at 6:05 p.m.; (11) at 7:40 p.m. on 07/20/01, was transported to District 9 police station where he was processed, charged, an initial probable-cause determination was made, and the watch commander determined he was not to be fingerprinted. Plaintiff was then taken to lockup, issued a CB number at 9:40 p.m. and, pursuant to the city's policy, placed in a lockup cell. Plaintiff was released on an I-bond at 1:00 a.m. on 07/21/01; (12) at 11:50 a.m. on 06/07/00, was transported to District 23 police station where he was processed, charged, an initial probable-cause determination was made, and the watch commander determined he was not to be fingerprinted. Plaintiff was then taken to lockup, issued a CB number at 2:25 p.m. and, pursuant to the city's policy, placed in a lockup cell. Plaintiff was released on an I-bond at 5:30 p.m.; (13) at 7:30 p.m. on 02/27/02, was transported to District 12 police station where he was processed, charged, an initial probable-cause determination was made, and the watch commander determined he was not to be fingerprinted. Plaintiff was then taken to lockup, issued a CB number at 8:51 p.m. and, pursuant to the city's policy, placed in a lockup cell. Plaintiff was released on an I-bond at 1:20 a.m. on 02/28/02; (14) at 8:05 p.m. on 01/21/03, was transported to District 12 police station where he was processed, charged, an initial probable-cause determination was made, and the

watch commander determined he was not to be fingerprinted. Plaintiff was then taken to lockup, issued a CB number at 10:10 p.m. and, pursuant to the city's policy, placed in a lockup cell. Plaintiff was released on an I-bond at 2:00 a.m. on 01/22/03; (15) at 8:00 p.m. on 02/20/04, was transported to District 12 police station where he was processed, charged, an initial probable-cause determination was made, and the watch commander determined he was not to be fingerprinted. Plaintiff was then taken to lockup, issued a CB number at 8:34 p.m. and, pursuant to the city's policy, placed in a lockup cell. Plaintiff was released on an I-bond at 2:30 a.m. on 02/21/04; (16) at 1:30 p.m. on 07/26/01, was transported to District 19 police station where he was processed, charged, an initial probable-cause determination was made, and the watch commander determined he was not to be fingerprinted. Plaintiff was then taken to lockup, issued a CB number at 2:46 p.m. and, pursuant to the city's policy, placed in a lockup cell. Plaintiff was released on an I-bond at 8:20 p.m.; and (17) at 7:20 p.m. on 08/12/02, was transported to District 23 police station where he was processed, charged, an initial probable-cause determination was made, and the watch commander determined he was not to be fingerprinted. Plaintiff was then taken to lockup, issued a CB number at 7:56 p.m. and, pursuant to the city's policy, placed in a lockup cell. Plaintiff was released on an I-bond at 3:15 a.m. on 08/13/02.

51. Plaintiff Martese Bowman was arrested at 6:30 p.m. on 06/01/02, was transported to District 15 police station where he was processed, charged, an initial probable-cause determination was made, and the watch commander determined he was not to be fingerprinted. Plaintiff was then taken to lockup, issued a CB number at 8:23 p.m. and, pursuant to the city's policy, placed in a lockup cell. Plaintiff was released on an I-bond at 11:15 p.m.

52. Plaintiff William Bracy was arrested on numerous occasions: (1) at 9:05 p.m. on 10/31/02, was transported to District 19 police station where he was processed, charged, an initial probable-cause determination was made, and the watch commander determined he was not to be fingerprinted. Plaintiff was then taken to lockup, issued a CB number at 10:31 p.m. and, pursuant to the city's policy, placed in a lockup cell. Plaintiff was released on an I-bond at 2:55 a.m. on 11/01/02; and (2) at 1:00 p.m. on 07/24/03, was transported to District 19 police station

17

where he was processed, charged, an initial probable-cause determination was made, and the watch commander determined he was not to be fingerprinted. Plaintiff was then taken to lockup, issued a CB number at 2:12 p.m. and, pursuant to the city's policy, placed in a lockup cell. Plaintiff was released on an I-bond at 2:05 a.m. on 07/25/03.

53. Plaintiff Gene Bradley was arrested at 8:45 p.m. on 07/03/03, was transported to District 8 police station where he was processed, charged, an initial probable-cause determination was made, and the watch commander determined he was not to be fingerprinted. Plaintiff was then taken to lockup, issued a CB number at 10:58 p.m. and, pursuant to the city's policy, placed in a lockup cell. Plaintiff was released on an I-bond at 1:05 a.m. on 07/04/03.

54. Plaintiff Frank Brodlo was arrested at 1:15 p.m. on 04/11/03, was transported to District 19 police station where he was processed, charged, an initial probable-cause determination was made, and the watch commander determined he was not to be fingerprinted. Plaintiff was then taken to lockup, issued a CB number at 2:52 p.m. and, pursuant to the city's policy, placed in a lockup cell. Plaintiff was released on an I-bond at 8:30 p.m.

55. Plaintiff Eric Brown was arrested at 2:31 p.m. on 11/11/02, was transported to District 6 police station where he was processed, charged, an initial probable-cause determination was made, and the watch commander determined he was not to be fingerprinted. Plaintiff was then taken to lockup, issued a CB number at 8:52 p.m. and, pursuant to the city's policy, placed in a lockup cell. Plaintiff was released on an I-bond at 11:30 p.m.

56. Plaintiff Kevin Brown was arrested at 2:00 p.m. on 06/24/01, was transported to District 1 police station where he was processed, charged, an initial probable-cause determination was made, and the watch commander determined he was not to be fingerprinted. Plaintiff was then taken to lockup, issued a CB number at 3:06 p.m. and, pursuant to the city's policy, placed in a lockup cell. Plaintiff was released on an I-bond at 6:45 p.m.

57. Plaintiff Marsha Brown was arrested at 6:45 p.m. on 10/09/03, was transported to District 13 police station where she was processed, charged, an initial probable-cause determination was made, and the watch commander determined she was not to be fingerprinted.

Plaintiff was then taken to lockup, issued a CB number at 9:26 p.m. and, pursuant to the city's policy, placed in a lockup cell.  Plaintiff was released on an I-bond at 5:30 a.m. on 10/10/03.

58.  Plaintiff Jevon Bryant was arrested at 7:20 p.m. on 04/29/02, was transported to District 5 police station where he was processed, charged, an initial probable-cause determination was made, and the watch commander determined he was not to be fingerprinted.  Plaintiff was then taken to lockup, issued a CB number at 10:30 p.m. and, pursuant to the city's policy, placed in a lockup cell.  Plaintiff was released on an I-bond at 2:00 a.m. on 04/30/02.

59.  Plaintiff Charles Burson was arrested at 8:30 a.m. on 08/21/03, was transported to District 6 police station where he was processed, charged, an initial probable-cause determination was made, and the watch commander determined he was not to be fingerprinted.  Plaintiff was then taken to lockup, issued a CB number at 11:18 a.m. and, pursuant to the city's policy, placed in a lockup cell.  Plaintiff was released on an I-bond at 2:30 p.m.

60.  Plaintiff Craig Byrd was arrested at 2:37 p.m. on 09/08/02, was transported to District 6 police station where he was processed, charged, an initial probable-cause determination was made, and the watch commander determined he was not to be fingerprinted.  Plaintiff was then taken to lockup, issued a CB number at 4:35 p.m. and, pursuant to the city's policy, placed in a lockup cell.  Plaintiff was released on an I-bond at 7:15 p.m.

61.  Plaintiff Raye Caffey was arrested at 11:20 a.m. on 06/20/00, was transported to District 23 police station where he was processed, charged, an initial probable-cause determination was made, and the watch commander determined he was not to be fingerprinted. Plaintiff was then taken to lockup, issued a CB number at 12:28 p.m. and, pursuant to the city's policy, placed in a lockup cell.  Plaintiff was released on an I-bond at 2:30 p.m.

62.  Plaintiff Dennis Cain was arrested at 10:30 p.m. on 09/20/00, was transported to District 7 police station where he was processed, charged, an initial probable-cause determination was made, and the watch commander determined he was not to be fingerprinted.  Plaintiff was then taken to lockup, issued a CB number at 12:08 p.m. and, pursuant to the city's policy, placed in a lockup cell.  Plaintiff was released on an I-bond at 12:35 a.m. on 09/21/00.

63. Plaintiff Erick Camargo was arrested on numerous occasions: (1) at 5:15 p.m. on 03/23/04, was transported to District 17 police station where he was processed, charged, an initial probable-cause determination was made, and the watch commander determined he was not to be fingerprinted. Plaintiff was then taken to lockup, issued a CB number at 6:52 p.m. and, pursuant to the city's policy, placed in a lockup cell. Plaintiff was released on an I-bond at 9:07 p.m.; and (2) at 5:30 p.m. on 05/07/00, was transported to District 17 police station where he was processed, charged, an initial probable-cause determination was made, and the watch commander determined he was not to be fingerprinted. Plaintiff was then taken to lockup, issued a CB number at 6:55 p.m. and, pursuant to the city's policy, placed in a lockup cell. Plaintiff was released on an I-bond at 11:15 p.m.

64. Plaintiff Ian Cambric was arrested at 10:00 p.m. on 07/25/00, was transported to District 5 police station where he was processed, charged, an initial probable-cause determination was made, and the watch commander determined he was not to be fingerprinted. Plaintiff was then taken to lockup, issued a CB number at 11:43 p.m. and, pursuant to the city's policy, placed in a lockup cell. Plaintiff was released on an I-bond at 4:00 a.m. on 07/26/00.

65. Plaintiff Herman Campbell was arrested at 8:30 a.m. on 01/10/01, was transported to District 6 police station where he was processed, charged, an initial probable-cause determination was made, and the watch commander determined he was not to be fingerprinted. Plaintiff was then taken to lockup, issued a CB number at 9:45 a.m. and, pursuant to the city's policy, placed in a lockup cell. Plaintiff was released on an I-bond at 12:20 p.m.

66. Plaintiff Marco Centeno was arrested at 3:15 p.m. on 08/24/00, was transported to District 14 police station where he was processed, charged, an initial probable-cause determination was made, and the watch commander determined he was not to be fingerprinted. Plaintiff was then taken to lockup, issued a CB number at 4:13 p.m. and, pursuant to the city's policy, placed in a lockup cell. Plaintiff was released on an I-bond at 8:30 p.m.

67. Plaintiff Robert Chico was arrested at 11:15 p.m. on 08/27/03, was transported to District 4 police station where he was processed, charged, an initial probable-cause determination

was made, and the watch commander determined he was not to be fingerprinted. Plaintiff was then taken to lockup, issued a CB number at 12:06 a.m. and, pursuant to the city's policy, placed in a lockup cell. Plaintiff was released on an I-bond at 3:15 a.m. on 08/28/03.

68. Plaintiff Donald Clayton was arrested on numerous occasions: (1) at 9:45 p.m. on 07/05/02, was transported to District 11 police station where he was processed, charged, an initial probable-cause determination was made, and the watch commander determined he was not to be fingerprinted. Plaintiff was then taken to lockup, issued a CB number at 12:15 a.m. and, pursuant to the city's policy, placed in a lockup cell. Plaintiff was released on an I-bond at 4:30 a.m. on 07/06/02; and (2) at 6:15 p.m. on 01/11/01, was transported to District 11 police station where he was processed, charged, an initial probable-cause determination was made, and the watch commander determined he was not to be fingerprinted. Plaintiff was then taken to lockup, issued a CB number at 6:41 p.m. and, pursuant to the city's policy, placed in a lockup cell. Plaintiff was released on an I-bond at 12:01 a.m. on 01/12/01.

69. Plaintiff Roger Clayton was arrested at 8:45 p.m. on 01/16/02, was transported to District 1 police station where he was processed, charged, an initial probable-cause determination was made, and the watch commander determined he was not to be fingerprinted. Plaintiff was then taken to lockup, issued a CB number at 11:09 p.m. and, pursuant to the city's policy, placed in a lockup cell. Plaintiff was released on an I-bond at 7:45 a.m. on 01/17/02.

70. Plaintiff Garland Coble was arrested at 9:00 p.m. on 07/05/00, was transported to District 1 police station where he was processed, charged, an initial probable-cause determination was made, and the watch commander determined he was not to be fingerprinted. Plaintiff was then taken to lockup, issued a CB number at 11:25 p.m. and, pursuant to the city's policy, placed in a lockup cell. Plaintiff was released on an I-bond at 3:45 a.m. on 07/06/00.

71. Plaintiff Gary Cole was arrested at 5:40 p.m. on 11/05/00, was transported to District 20 police station where he was processed, charged, an initial probable-cause determination was made, and the watch commander determined he was not to be fingerprinted. Plaintiff was then

21

taken to lockup, issued a CB number at 6:07 p.m. and, pursuant to the city's policy, placed in a lockup cell.  Plaintiff was released on an I-bond at 8:45 p.m.

72.  Plaintiff Lavell Cole was arrested at 1:45 p.m. on 08/14/02, was transported to District 6 police station where he was processed, charged, an initial probable-cause determination was made, and the watch commander determined he was not to be fingerprinted.  Plaintiff was then taken to lockup, issued a CB number at 3:51 p.m. and, pursuant to the city's policy, placed in a lockup cell.  Plaintiff was released on an I-bond at 9:00 p.m.

73.  Plaintiff Jonathan Collazo was arrested at 7:00 p.m. on 03/07/01, was transported to District 17 police station where he was processed, charged, an initial probable-cause determination was made, and the watch commander determined he was not to be fingerprinted.  Plaintiff was then taken to lockup, issued a CB number at 8:00 p.m. and, pursuant to the city's policy, placed in a lockup cell.  Plaintiff was released on an I-bond at 1:30 a.m. on 03/08/01.

74.  Plaintiff Kevin Cooke was arrested on numerous occasions: (1) at 1:45 p.m. on 7/30/03, was transported to District 19 police station where he was processed, charged, an initial probable-cause determination was made, and the watch commander determined he was not to be fingerprinted.  Plaintiff was then taken to lockup, issued a CB number at 2:51 p.m. and, pursuant to the city's policy, placed in a lockup cell.  Plaintiff was released on an I-bond at 7:20 p.m.; (2) at 11:30 a.m. on 09/03/03, was transported to District 23 police station where he was processed, charged, an initial probable-cause determination was made, and the watch commander determined he was not to be fingerprinted.  Plaintiff was then taken to lockup, issued a CB number at 12:05 p.m. and, pursuant to the city's policy, placed in a lockup cell.  Plaintiff was released on an I-bond at 5:20 p.m.; and (3) arrested and transported to District 19 police station where he was processed, charged, an initial probable-cause determination was made, and the watch commander determined he was not to be fingerprinted.  Plaintiff was then taken to lockup, issued a CB number at 2:19 p.m. and, pursuant to the city's policy, placed in a lockup cell.  Plaintiff was released on an I-bond at 7:15 p.m. on 06/06/03, more than four hours after plaintiff's arrest.

75.  Plaintiff Michael Corral was arrested at 5:10 p.m. on 11/15/01, was transported to District 14 police station where he was processed, charged, an initial probable-cause determination was made, and the watch commander determined he was not to be fingerprinted. Plaintiff was then taken to lockup, issued a CB number at 6:13 p.m. and, pursuant to the city's policy, placed in a lockup cell.  Plaintiff was released on an I-bond at 9:00 p.m.

76.  Plaintiff Danyel Cunningham was arrested on numerous occasions: (1) at 10:30 a.m. on 10/02/01, was transported to District 4 police station where he was processed, charged, an initial probable-cause determination was made, and the watch commander determined he was not to be fingerprinted.  Plaintiff was then taken to lockup, issued a CB number at 11:47 a.m. and, pursuant to the city's policy, placed in a lockup cell.  Plaintiff was released on an I-bond at 3:30 p.m.; and (2) at 3:50 p.m. on 08/17/01, was transported to District 4 police station where he was processed, charged, an initial probable-cause determination was made, and the watch commander determined he was not to be fingerprinted.  Plaintiff was then taken to lockup, issued a CB number at 6:47 p.m. and, pursuant to the city's policy, placed in a lockup cell.  Plaintiff was released on an I-bond at 9:15 p.m.

77.  Plaintiff David Dancy was arrested at 1:50 p.m. on 10/26/00, was transported to District 1 police station where he was processed, charged, an initial probable-cause determination was made, and the watch commander determined he was not to be fingerprinted.  Plaintiff was then taken to lockup, issued a CB number at 4:11 p.m. and, pursuant to the city's policy, placed in a lockup cell.  Plaintiff was released on an I-bond at 10:50 a.m. on 10/27/00.

78.  Plaintiff Derrick Dandridge was arrested at 5:45 p.m. on 01/11/01, was transported to District 11 police station where he was processed, charged, an initial probable-cause determination was made, and the watch commander determined he was not to be fingerprinted. Plaintiff was then taken to lockup, issued a CB number at 6:38 p.m. and, pursuant to the city's policy, placed in a lockup cell.  Plaintiff was released on an I-bond at 12:01 a.m. on 01/12/01.

79.  Plaintiff Quenten Daniels was arrested at 4:10 a.m. on 12/12/03, was transported to District 6 police station where he was processed, charged, an initial probable-cause determination

was made, and the watch commander determined he was not to be fingerprinted.  Plaintiff was then taken to lockup, issued a CB number at 4:54 a.m. and, pursuant to the city's policy, placed in a lockup cell.  Plaintiff was released on an I-bond at 2:00 p.m.

80.  Plaintiff Keenen Danzy was arrested at 9:10 p.m. on 09/10/00, was transported to District 5 police station where he was processed, charged, an initial probable-cause determination was made, and the watch commander determined he was not to be fingerprinted.  Plaintiff was then taken to lockup, issued a CB number at 10:15 p.m. and, pursuant to the city's policy, placed in a lockup cell.  Plaintiff was released on an I-bond at 2:45 a.m. on 09/11/00.

81.  Plaintiff Stanley Dapmore was arrested at 7:15 p.m. on 10/05/00, was transported to District 7 police station where he was processed, charged, an initial probable-cause determination was made, and the watch commander determined he was not to be fingerprinted.  Plaintiff was then taken to lockup, issued a CB number at 8:08 p.m. and, pursuant to the city's policy, placed in a lockup cell.  Plaintiff was released on an I-bond at 1:30 a.m. on 10/06/00.

82.  Plaintiff Andre Davis was arrested on numerous occasions: (1) at 7:30 p.m. on 10/02/00, was transported to District 2 police station where he was processed, charged, an initial probable-cause determination was made, and the watch commander determined he was not to be fingerprinted.  Plaintiff was then taken to lockup, issued a CB number at 12:30 a.m. and, pursuant to the city's policy, placed in a lockup cell.  Plaintiff was released on an I-bond at 4:10 a.m. on 10/03/00; and (2) at 7:30 p.m. on 09/17/00, was transported to District 2 police station where he was processed, charged, an initial probable-cause determination was made, and the watch commander determined he was not to be fingerprinted.  Plaintiff was then taken to lockup, issued a CB number at 11:06 p.m. and, pursuant to the city's policy, placed in a lockup cell.  Plaintiff was released on an I-bond at 3:00 a.m. on 09/18/00.

83.  Plaintiff Marcus Davis was arrested at 8:05 p.m. on 05/28/02, was transported to District 5 police station where he was processed, charged, an initial probable-cause determination was made, and the watch commander determined he was not to be fingerprinted.  Plaintiff was

then taken to lockup, issued a CB number at 11:04 p.m. and, pursuant to the city's policy, placed in a lockup cell. Plaintiff was released on an I-bond at 5:00 a.m. on 05/29/02.

84. Plaintiff Tommy Davis was arrested on numerous occasions: (1) at 2:50 p.m. on 05/04/00, was transported to District 1 police station where he was processed, charged, an initial probable-cause determination was made, and the watch commander determined he was not to be fingerprinted. Plaintiff was then taken to lockup, issued a CB number at 3:36 p.m. and, pursuant to the city's policy, placed in a lockup cell. Plaintiff was released on an I-bond at 6:10 p.m.; (2) at 3:10 p.m. on 06/05/00, was transported to District 1 police station where he was processed, charged, an initial probable-cause determination was made, and the watch commander determined he was not to be fingerprinted. Plaintiff was then taken to lockup, issued a CB number at 3:55 p.m. and, pursuant to the city's policy, placed in a lockup cell. Plaintiff was released on an I-bond at 7:00 p.m.; (3) at 12:15 p.m. on 12/27/00, was transported to District 12 police station where he was processed, charged, an initial probable-cause determination was made, and the watch commander determined he was not to be fingerprinted. Plaintiff was then taken to lockup, issued a CB number at 2:06 p.m. and, pursuant to the city's policy, placed in a lockup cell. Plaintiff was released on an I-bond at 6:10 p.m.; (4) at 12:50 p.m. on 12/02/01, was transported to District 1 police station where he was processed, charged, an initial probable-cause determination was made, and the watch commander determined he was not to be fingerprinted. Plaintiff was then taken to lockup, issued a CB number at 3:29 p.m. and, pursuant to the city's policy, placed in a lockup cell. Plaintiff was released on an I-bond at 6:45 p.m.; (5) at 1:48 p.m. on 08/24/01, was transported to District 1 police station where he was processed, charged, an initial probable-cause determination was made, and the watch commander determined he was not to be fingerprinted. Plaintiff was then taken to lockup, issued a CB number at 3:47 p.m. and, pursuant to the city's policy, placed in a lockup cell. Plaintiff was released on an I-bond at 7:45 p.m.; (6) at 2:30 p.m. on 03/22/04, was transported to District 1 police station where he was processed, charged, an initial probable-cause determination was made, and the watch commander determined he was not to be fingerprinted. Plaintiff was then taken to lockup, issued a CB

number at 5:09 p.m. and, pursuant to the city's policy, placed in a lockup cell. Plaintiff was released on an I-bond at 8:30 p.m.; (7) at 12:15 p.m. on 10/23/03, was transported to District 12 police station where he was processed, charged, an initial probable-cause determination was made, and the watch commander determined he was not to be fingerprinted. Plaintiff was then taken to lockup, issued a CB number at 2:30 p.m. and, pursuant to the city's policy, placed in a lockup cell. Plaintiff was released on an I-bond at 6:30 p.m.; (8) at 2:45 p.m. on 06/19/00, was transported to District 1 police station where he was processed, charged, an initial probable-cause determination was made, and the watch commander determined he was not to be fingerprinted. Plaintiff was then taken to lockup, issued a CB number at 4:18 p.m. and, pursuant to the city's policy, placed in a lockup cell. Plaintiff was released on an I-bond at 9:05 p.m.; (9) at 12:47 p.m. on 08/01/03, was transported to District 1 police station where he was processed, charged, an initial probable-cause determination was made, and the watch commander determined he was not to be fingerprinted. Plaintiff was then taken to lockup, issued a CB number at 3:37 p.m. and, pursuant to the city's policy, placed in a lockup cell. Plaintiff was released on an I-bond at 7:20 p.m.; (10) at 12:45 p.m. on 04/26/03, was transported to District 12 police station where he was processed, charged, an initial probable-cause determination was made, and the watch commander determined he was not to be fingerprinted. Plaintiff was then taken to lockup, issued a CB number at 2:53 p.m. and, pursuant to the city's policy, placed in a lockup cell. Plaintiff was released on an I-bond at 7:45 p.m.; (11) at 11:20 a.m. on 02/17/04, was transported to District 1 police station where he was processed, charged, an initial probable-cause determination was made, and the watch commander determined he was not to be fingerprinted. Plaintiff was then taken to lockup, issued a CB number at 4:14 p.m. and, pursuant to the city's policy, placed in a lockup cell. Plaintiff was released on an I-bond at 8:30 p.m.; (12) at 10:00 a.m. on 03/05/02, was transported to District 1 police station where he was processed, charged, an initial probable-cause determination was made, and the watch commander determined he was not to be fingerprinted. Plaintiff was then taken to lockup, issued a CB number at 11:27 a.m. and, pursuant to the city's policy, placed in a lockup cell. Plaintiff was released on an I-bond at 7:20 p.m.; and (13) at 5:30

p.m. on 11/09/02, was transported to District 1 police station where he was processed, charged, an initial probable-cause determination was made, and the watch commander determined he was not to be fingerprinted. Plaintiff was then taken to lockup, issued a CB number at 7:25 p.m. and, pursuant to the city's policy, placed in a lockup cell. Plaintiff was released on an I-bond at 8:30 a.m. on 11/10/02.

85. Plaintiff Victor Davison was arrested at 7:00 p.m. on 08/22/00, was transported to District 5 police station where he was processed, charged, an initial probable-cause determination was made, and the watch commander determined he was not to be fingerprinted. Plaintiff was then taken to lockup, issued a CB number at 10:17 p.m. and, pursuant to the city's policy, placed in a lockup cell. Plaintiff was released on an I-bond at 1:00 a.m. on 08/23/00.

86. Plaintiff Daniel Dawson was arrested on numerous occasions: (1) at 3:10 p.m. on 03/28/04, was transported to District 12 police station where he was processed, charged, an initial probable-cause determination was made, and the watch commander determined he was not to be fingerprinted. Plaintiff was then taken to lockup, issued a CB number at 3:38 p.m. and, pursuant to the city's policy, placed in a lockup cell. Plaintiff was released on an I-bond at 6:25 p.m.; (2) at 2:25 p.m. on 02/22/04, was transported to District 12 police station where he was processed, charged, an initial probable-cause determination was made, and the watch commander determined he was not to be fingerprinted. Plaintiff was then taken to lockup, issued a CB number at 3:45 p.m. and, pursuant to the city's policy, placed in a lockup cell. Plaintiff was released on an I-bond at 6:00 p.m.; (3) at 7:45 p.m. on 03/18/02, was transported to District 12 police station where he was processed, charged, an initial probable-cause determination was made, and the watch commander determined he was not to be fingerprinted. Plaintiff was then taken to lockup, issued a CB number at 9:10 p.m. and, pursuant to the city's policy, placed in a lockup cell. Plaintiff was released on an I-bond at 12:50 a.m. on 03/19/02; and (4) arrested and transported to District 23 police station where he was processed, charged, an initial probable-cause determination was made, and the watch commander determined he was not to be fingerprinted. Plaintiff was then taken to lockup, issued a CB number at 9:41 p.m. and, pursuant

to the city's policy, placed in a lockup cell. Plaintiff was released on an I-bond at 2:00 a.m. on 05/07/02.

87. Plaintiff Javier Dejesus was arrested at 4:20 p.m. on 12/05/00, was transported to District 25 police station where he was processed, charged, an initial probable-cause determination was made, and the watch commander determined he was not to be fingerprinted. Plaintiff was then taken to lockup, issued a CB number at 5:21 p.m. and, pursuant to the city's policy, placed in a lockup cell. Plaintiff was released on an I-bond at 9:00 p.m.

88. Plaintiff Marcus Deloach was arrested at 7:40 p.m. on 12/12/03, was transported to District 11 police station where he was processed, charged, an initial probable-cause determination was made, and the watch commander determined he was not to be fingerprinted. Plaintiff was then taken to lockup, issued a CB number at 10:46 p.m. and, pursuant to the city's policy, placed in a lockup cell. Plaintiff was released on an I-bond at 3:43 a.m. on 12/13/03.

89. Plaintiff Abel Diaz was arrested at 12:15 p.m. on 02/20/02, was transported to District 8 police station where he was processed, charged, an initial probable-cause determination was made, and the watch commander determined he was not to be fingerprinted. Plaintiff was then taken to lockup, issued a CB number at 1:21 p.m. and, pursuant to the city's policy, placed in a lockup cell. Plaintiff was released on an I-bond at 6:10 p.m.

90. Plaintiff Maurice Doss was arrested at 4:45 a.m. on 03/19/01, was transported to District 12 police station where he was processed, charged, an initial probable-cause determination was made, and the watch commander determined he was not to be fingerprinted. Plaintiff was then taken to lockup, issued a CB number at 6:59 p.m. and, pursuant to the city's policy, placed in a lockup cell. Plaintiff was released on an I-bond at 12:10 a.m. on 03/20/01.

91. Plaintiff Mario Dotson was arrested at 5:30 a.m. on 06/30/00, was transported to District 14 police station where he was processed, charged, an initial probable-cause determination was made, and the watch commander determined he was not to be fingerprinted. Plaintiff was then taken to lockup, issued a CB number at 6:52 a.m. and, pursuant to the city's policy, placed in a lockup cell. Plaintiff was released on an I-bond at 9:50 a.m.

28

92. Plaintiff Roselius Dowdell was arrested on numerous occasions: (1) at 10:10 p.m. on 07/19/01, was transported to District 12 police station where he was processed, charged, an initial probable-cause determination was made, and the watch commander determined he was not to be fingerprinted. Plaintiff was then taken to lockup, issued a CB number at 11:12 p.m. and, pursuant to the city's policy, placed in a lockup cell. Plaintiff was released on an I-bond at 3:30 a.m. on 07/20/01; and (2) at 2:45 p.m. on 06/08/01, was transported to District 1 police station where he was processed, charged, an initial probable-cause determination was made, and the watch commander determined he was not to be fingerprinted. Plaintiff was then taken to lockup, issued a CB number at 4:51 p.m. and, pursuant to the city's policy, placed in a lockup cell. Plaintiff was released on an I-bond at 10:20 p.m.

93. Plaintiff Xanthe Doxy was arrested at 8:15 a.m. on 04/23/02, was transported to District 6 police station where he was processed, charged, an initial probable-cause determination was made, and the watch commander determined he was not to be fingerprinted. Plaintiff was then taken to lockup, issued a CB number at 2:55 p.m. and, pursuant to the city's policy, placed in a lockup cell. Plaintiff was released on an I-bond at 4:00 a.m. on 04/24/02.

94. Plaintiff Derrick Doyle was arrested at 11:45 p.m. on 08/07/02, was transported to District 8 police station where he was processed, charged, an initial probable-cause determination was made, and the watch commander determined he was not to be fingerprinted. Plaintiff was then taken to lockup, issued a CB number at 2:11 a.m. and, pursuant to the city's policy, placed in a lockup cell. Plaintiff was released on an I-bond at 7:40 a.m. on 08/08/02.

95. Plaintiff Terrance Early was arrested at 5:15 p.m. on 07/08/00, was transported to District 19 police station where he was processed, charged, an initial probable-cause determination was made, and the watch commander determined he was not to be fingerprinted. Plaintiff was then taken to lockup, issued a CB number at 5:48 p.m. and, pursuant to the city's policy, placed in a lockup cell. Plaintiff was released on an I-bond at 5:00 a.m. on 07/09/00.

96. Plaintiff Francina Ellis was at 3:02 p.m. on 01/10/01, was transported to District 25 police station where she was processed, charged, an initial probable-cause determination was

made, and the watch commander determined she was not to be fingerprinted. Plaintiff was then taken to lockup, issued a CB number at 4:55 p.m. and, pursuant to the city's policy, placed in a lockup cell. Plaintiff was released on an I-bond at 8:30 p.m.

97. Plaintiff Michelle Ellis was arrested at 10:30 a.m. on 11/08/00, was transported to District 25 police station where she was processed, charged, an initial probable-cause determination was made, and the watch commander determined she was not to be fingerprinted. Plaintiff was then taken to lockup, issued a CB number at 11:21 a.m. and, pursuant to the city's policy, placed in a lockup cell. Plaintiff was released on an I-bond at 5:00 p.m.

98. Plaintiff Anna Enriquez was arrested at 2:50 p.m. on 04/11/01, was transported to District 10 police station where he was processed, charged, an initial probable-cause determination was made, and the watch commander determined he was not to be fingerprinted. Plaintiff was then taken to lockup, issued a CB number at 7:55 p.m. and, pursuant to the city's policy, placed in a lockup cell. Plaintiff was released on an I-bond at 1:25 a.m. on 04/12/01.

99. Plaintiff Carl Evans was arrested on numerous occasions: (1) at 1:10 p.m. on 05/18/00, was transported to District 23 police station where he was processed, charged, an initial probable-cause determination was made, and the watch commander determined he was not to be fingerprinted. Plaintiff was then taken to lockup, issued a CB number at 2:08 p.m. and, pursuant to the city's policy, placed in a lockup cell. Plaintiff was released on an I-bond at 4:45 p.m.; (2) at 3:40 p.m. on 09/02/02, was transported to District 23 police station where he was processed, charged, an initial probable-cause determination was made, and the watch commander determined he was not to be fingerprinted. Plaintiff was then taken to lockup, issued a CB number at 4:28 p.m. and, pursuant to the city's policy, placed in a lockup cell. Plaintiff was released on an I-bond at 7:30 p.m.; (3) at 3:10 p.m. on 07/29/00, was transported to District 23 police station where he was processed, charged, an initial probable-cause determination was made, and the watch commander determined he was not to be fingerprinted. Plaintiff was then taken to lockup, issued a CB number at 3:47 p.m. and, pursuant to the city's policy, placed in a lockup cell. Plaintiff was released on an I-bond at 7:15 p.m.; (4) at 7:15 p.m. on 01/09/04, was

transported to District 12 police station where he was processed, charged, an initial probable-cause determination was made, and the watch commander determined he was not to be fingerprinted. Plaintiff was then taken to lockup, issued a CB number at 8:23 p.m. and, pursuant to the city's policy, placed in a lockup cell. Plaintiff released on an I-bond at 11:45 p.m.; (5) at 7:15 p.m. on 01/02/02, was transported to District 12 police station where he was processed, charged, an initial probable-cause determination was made, and the watch commander determined he was not to be fingerprinted. Plaintiff was then taken to lockup, issued a CB number at 8:25 p.m. and, pursuant to the city's policy, placed in a lockup cell. Plaintiff was released on an I-bond at 12:30 a.m. on 01/03/02; (6) at 3:00 p.m. on 05/08/02, was transported to District 23 police station where he was processed, charged, an initial probable-cause determination was made, and the watch commander determined he was not to be fingerprinted. Plaintiff was then taken to lockup, issued a CB number at 3:44 p.m. and, pursuant to the city's policy, placed in a lockup cell. Plaintiff was released on an I-bond at 8:45 p.m.; (7) at 2:30 p.m. on 05/09/02, was transported to District 23 police station where he was processed, charged, an initial probable-cause determination was made, and the watch commander determined he was not to be fingerprinted. Plaintiff was then taken to lockup, issued a CB number at 3:10 p.m. and, pursuant to the city's policy, placed in a lockup cell. Plaintiff was released on an I-bond at 8:30 p.m.; (8) at 7:50 p.m. on 03/20/02, was transported to District 12 police station where he was processed, charged, an initial probable-cause determination was made, and the watch commander determined he was not to be fingerprinted. Plaintiff was then taken to lockup, issued a CB number at 8:54 p.m. and, pursuant to the city's policy, placed in a lockup cell. Plaintiff was released on an I-bond at 1:50 a.m. on 03/21/02; and (9) at 7:30 p.m. on 01/17/01, was transported to District 12 police station where he was processed, charged, an initial probable-cause determination was made, and the watch commander determined he was not to be fingerprinted. Plaintiff was then taken to lockup, issued a CB number at 8:55 p.m. and, pursuant to the city's policy, placed in a lockup cell. Plaintiff was released on an I-bond at 2:55 a.m. on 01/18/01.

31

100.  Plaintiff David Farrer was arrested at 7:30 p.m. on 05/24/01, was transported to District 19 police station where he was processed, charged, an initial probable-cause determination was made, and the watch commander determined he was not to be fingerprinted. Plaintiff was then taken to lockup, issued a CB number at 10:58 p.m. and, pursuant to the city's policy, placed in a lockup cell.  Plaintiff was released on an I-bond at 1:45 a.m. on 05/25/01.

101.  Plaintiff Robert Faulkner was arrested at 3:00 p.m. on 05/09/02, was transported to District 6 police station where he was processed, charged, an initial probable-cause determination was made, and the watch commander determined he was not to be fingerprinted.  Plaintiff was then taken to lockup, issued a CB number at 3:48 p.m. and, pursuant to the city's policy, placed in a lockup cell.  Plaintiff was released on an I-bond at 8:30 p.m.

102.  Plaintiff Thomas Favors was arrested at 12:45 p.m. on 06/05/02, was transported to District 12 police station where he was processed, charged, an initial probable-cause determination was made, and the watch commander determined he was not to be fingerprinted. Plaintiff was then taken to lockup, issued a CB number at 2:34 p.m. and, pursuant to the city's policy, placed in a lockup cell.  Plaintiff was released on an I-bond at 5:15 p.m.

103.  Plaintiff Stan Fischer was arrested at 2:20 p.m. on 12/26/00, was transported to District 1 police station where he was processed, charged, an initial probable-cause determination was made, and the watch commander determined he was not to be fingerprinted.  Plaintiff was then taken to lockup, issued a CB number at 2:59 p.m. and, pursuant to the city's policy, placed in a lockup cell.  Plaintiff was released on an I-bond at 8:15 p.m.

104.  Plaintiff Eugene Fisher was arrested at 7:00 p.m. on 08/17/00, was transported to District 20 police station where he was processed, charged, an initial probable-cause determination was made, and the watch commander determined he was not to be fingerprinted. Plaintiff was then taken to lockup, issued a CB number at 7:31 p.m. and, pursuant to the city's policy, placed in a lockup cell.  Plaintiff was released on an I-bond at 9:42 p.m.

105.  Plaintiff Glenn Florence was arrested on numerous occasions: (1) at 5:30 p.m. on 06/06/02, was transported to District 12 police station where he was processed, charged, an

32

initial probable-cause determination was made, and the watch commander determined he was not to be fingerprinted. Plaintiff was then taken to lockup, issued a CB number at 6:54 p.m. and, pursuant to the city's policy, placed in a lockup cell. Plaintiff was released on an I-bond at 11:30 p.m.; and (2) at 12:30 p.m. on 04/30/02, was transported to District 6 police station where he was processed, charged, an initial probable-cause determination was made, and the watch commander determined he was not to be fingerprinted. Plaintiff was then taken to lockup, issued a CB number at 2:20 p.m. and, pursuant to the city's policy, placed in a lockup cell. Plaintiff was released on an I-bond at 8:50 p.m.

106. Plaintiff Raynard Follin was arrested at 7:15 p.m. on 05/25/00, was transported to District 2 police station where he was processed, charged, an initial probable-cause determination was made, and the watch commander determined he was not to be fingerprinted. Plaintiff was then taken to lockup, issued a CB number at 8:19 p.m. and, pursuant to the city's policy, placed in a lockup cell. Plaintiff was released on an I-bond at 2:00 a.m. on 05/26/00.

107. Plaintiff Salvador Franco was arrested at 1:40 p.m. on 07/22/00, was transported to District 9 police station where he was processed, charged, an initial probable-cause determination was made, and the watch commander determined he was not to be fingerprinted. Plaintiff was then taken to lockup, issued a CB number at 3:11 p.m. and, pursuant to the city's policy, placed in a lockup cell. Plaintiff was released on an I-bond at 8:15 p.m.

108. Plaintiff Larry Fredericks was arrested at 5:45 p.m. on 11/11/00, was transported to District 6 police station where he was processed, charged, an initial probable-cause determination was made, and the watch commander determined he was not to be fingerprinted. Plaintiff was then taken to lockup, issued a CB number at 6:39 p.m. and, pursuant to the city's policy, placed in a lockup cell. Plaintiff was released on an I-bond at 2:00 a.m. on 11/12/00.

109. Plaintiff Tommy Freeman was arrested at 11:50 a.m. on 11/08/00, was transported to District 25 police station where he was processed, charged, an initial probable-cause determination was made, and the watch commander determined he was not to be fingerprinted.

Plaintiff was then taken to lockup, issued a CB number at 12:34 p.m. and, pursuant to the city's policy, placed in a lockup cell. Plaintiff was released on an I-bond at 5:00 p.m.

110. Plaintiff Keith Fry was arrested at 3:20 p.m. on 10/03/03, was transported to District 23 police station where he was processed, charged, an initial probable-cause determination was made, and the watch commander determined he was not to be fingerprinted. Plaintiff was then taken to lockup, issued a CB number at 4:11 p.m. and, pursuant to the city's policy, placed in a lockup cell. Plaintiff was released on an I-bond at 9:00 p.m.

111. Plaintiff Haven Fuller was arrested at 8:00 p.m. on 04/09/03, was transported to District 7 police station where he was processed, charged, an initial probable-cause determination was made, and the watch commander determined he was not to be fingerprinted. Plaintiff was then taken to lockup, issued a CB number at 12:08 a.m. and, pursuant to the city's policy, placed in a lockup cell. Plaintiff was released on an I-bond at 3:47 a.m. on 04/10/03.

112. Plaintiff Richard Gacho was arrested at 5:45 p.m. on 06/09/01, was transported to District 9 police station where he was processed, charged, an initial probable-cause determination was made, and the watch commander determined he was not to be fingerprinted. Plaintiff was then taken to lockup, issued a CB number at 7:40 p.m. and, pursuant to the city's policy, placed in a lockup cell. Plaintiff was released on an I-bond at 1:30 a.m. on 06/10/01.

113. Plaintiff Samuel Galarza was arrested at 10:10 p.m. on 03/01/02, was transported to District 12 police station where he was processed, charged, an initial probable-cause determination was made, and the watch commander determined he was not to be fingerprinted. Plaintiff was then taken to lockup, issued a CB number at 12:25 a.m. and, pursuant to the city's policy, placed in a lockup cell. Plaintiff was released on an I-bond at 2:30 a.m. on 03/02/02.

114. Plaintiff Gabriel Garcia was arrested at 9:15 p.m. on 01/31/01, was transported to District 16 police station where he was processed, charged, an initial probable-cause determination was made, and the watch commander determined he was not to be fingerprinted. Plaintiff was then taken to lockup, issued a CB number at 10:20 p.m. and, pursuant to the city's policy, placed in a lockup cell. Plaintiff was released on an I-bond at 2:00 a.m. on 02/01/01.

115.   Plaintiff Samuel Garcia was arrested at 6:20 p.m. on 07/12/02, was transported to District 9 police station where he was processed, charged, an initial probable-cause determination was made, and the watch commander determined he was not to be fingerprinted.  Plaintiff was then taken to lockup, issued a CB number at 9:06 p.m. and, pursuant to the city's policy, placed in a lockup cell.  Plaintiff was released on an I-bond at 11:25 p.m.

116.   Plaintiff Wendell Garrett was arrested at 12:00 p.m. on 05/21/03, was transported to District 11 police station where he was processed, charged, an initial probable-cause determination was made, and the watch commander determined he was not to be fingerprinted.  Plaintiff was then taken to lockup, issued a CB number at 2:44 p.m. and, pursuant to the city's policy, placed in a lockup cell.  Plaintiff was released on an I-bond at 7:50 p.m.

117.   Plaintiff Marqus Gary was arrested at 4:50 p.m. on 12/18/01, was transported to District 6 police station where he was processed, charged, an initial probable-cause determination was made, and the watch commander determined he was not to be fingerprinted.  Plaintiff was then taken to lockup, issued a CB number at 7:10 p.m. and, pursuant to the city's policy, placed in a lockup cell.  Plaintiff was released on an I-bond at 2:00 a.m. on 12/19/01.

118.   Plaintiff Michael Gillespie was arrested at 12:05 p.m. on 11/25/03, was transported to District 7 police station where he was processed, charged, an initial probable-cause determination was made, and the watch commander determined he was not to be fingerprinted.  Plaintiff was then taken to lockup, issued a CB number at 2:14 p.m. and, pursuant to the city's policy, placed in a lockup cell.  Plaintiff was released on an I-bond at 5:00 p.m.

119.   Plaintiff Randy Gipson was arrested at 7:30 a.m. on 07/11/00, was transported to District 11 police station where he was processed, charged, an initial probable-cause determination was made, and the watch commander determined he was not to be fingerprinted.  Plaintiff was then taken to lockup, issued a CB number at 9:44 a.m. and, pursuant to the city's policy, placed in a lockup cell.  Plaintiff was released on an I-bond at 9:00 p.m.

120.   Plaintiff Theus Glass was arrested at 6:30 p.m. on 10/01/01, was transported to District 15 police station where he was processed, charged, an initial probable-cause

determination was made, and the watch commander determined he was not to be fingerprinted. Plaintiff was then taken to lockup, issued a CB number at 7:32 p.m. and, pursuant to the city's policy, placed in a lockup cell. Plaintiff was released on an I-bond at 10:00 p.m.

121. Plaintiff Rodrigo Gracia was arrested at 4:20 a.m. on 06/15/00, was transported to District 8 police station where he was processed, charged, an initial probable-cause determination was made, and the watch commander determined he was not to be fingerprinted. Plaintiff was then taken to lockup, issued a CB number at 4:44 a.m. and, pursuant to the city's policy, placed in a lockup cell. Plaintiff was released on an I-bond at 8:30 a.m.

122. Plaintiff Lee Grant was arrested on numerous occasions: (1) at 4:40 p.m. on 03/30/02, was transported to District 18 police station where he was processed, charged, an initial probable-cause determination was made, and the watch commander determined he was not to be fingerprinted. Plaintiff was then taken to lockup, issued a CB number at 5:36 p.m. and, pursuant to the city's policy, placed in a lockup cell. Plaintiff was released on an I-bond at 9:00 p.m.; and (2) at 4:45 p.m. on 08/09/02, was transported to District 18 police station where he was processed, charged, an initial probable-cause determination was made, and the watch commander determined he was not to be fingerprinted. Plaintiff was then taken to lockup, issued a CB number at 5:23 p.m. and, pursuant to the city's policy, placed in a lockup cell. Plaintiff was released on an I-bond at 10:10 p.m.

123. Plaintiff Labron Gray was arrested on numerous occasions: (1) at 12:45 p.m. on 06/15/02, was transported to District 23 police station where he was processed, charged, an initial probable-cause determination was made, and the watch commander determined he was not to be fingerprinted. Plaintiff was then taken to lockup, issued a CB number at 1:35 p.m. and, pursuant to the city's policy, placed in a lockup cell. Plaintiff was released on an I-bond at 4:30 p.m.; (2) at 2:30 p.m. on 05/21/04, was transported to District 23 police station where he was processed, charged, an initial probable-cause determination was made, and the watch commander determined he was not to be fingerprinted. Plaintiff was then taken to lockup, issued a CB number at 3:45 p.m. and, pursuant to the city's policy, placed in a lockup cell. Plaintiff was

released on an I-bond at 6:00 p.m.; (3) at 1:50 p.m. on 07/12/02, was transported to District 19 police station where he was processed, charged, an initial probable-cause determination was made, and the watch commander determined he was not to be fingerprinted. Plaintiff was then taken to lockup, issued a CB number at 2:50 p.m. and, pursuant to the city's policy, placed in a lockup cell. Plaintiff was released on an I-bond at 6:45 p.m.; (4) at 1:30 p.m. on 09/01/03, was transported to District 23 police station where he was processed, charged, an initial probable-cause determination was made, and the watch commander determined he was not to be fingerprinted. Plaintiff was then taken to lockup, issued a CB number at 2:34 p.m. and, pursuant to the city's policy, placed in a lockup cell. Plaintiff was released on an I-bond at 6:30 p.m.; (5) at 1:05 p.m. on 08/24/01, was transported to District 23 police station where he was processed, charged, an initial probable-cause determination was made, and the watch commander determined he was not to be fingerprinted. Plaintiff was then taken to lockup, issued a CB number at 4:19 p.m. and, pursuant to the city's policy, placed in a lockup cell. Plaintiff was released on an I-bond at 6:30 p.m.; (6) at 11:30 a.m. on 07/24/03, was transported to District 23 police station where he was processed, charged, an initial probable-cause determination was made, and the watch commander determined he was not to be fingerprinted. Plaintiff was then taken to lockup, issued a CB number at 12:24 p.m. and, pursuant to the city's policy, placed in a lockup cell. Plaintiff was released on an I-bond at 5:25 p.m.; (7) at 12:40 p.m. on 08/13/03, was transported to District 19 police station where he was processed, charged, an initial probable-cause determination was made, and the watch commander determined he was not to be fingerprinted. Plaintiff was then taken to lockup, issued a CB number at 2:01 p.m. and, pursuant to the city's policy, placed in a lockup cell. Plaintiff was released on an I-bond at 7:20 p.m.; (8) at 5:20 p.m. on 06/30/00, was transported to District 1 police station where he was processed, charged, an initial probable-cause determination was made, and the watch commander determined he was not to be fingerprinted. Plaintiff was then taken to lockup, issued a CB number at 6:29 p.m. and, pursuant to the city's policy, placed in a lockup cell. Plaintiff was released on an I-bond at 12:01 a.m. on 07/01/00; and (9) at 1:00 p.m. on 08/02/00, was

transported to District 23 police station where he was processed, charged, an initial probable-cause determination was made, and the watch commander determined he was not to be fingerprinted. Plaintiff was then taken to lockup, issued a CB number at 1:26 p.m. and, pursuant to the city's policy, placed in a lockup cell. Plaintiff was released on an I-bond at 3:50 p.m.

124. Plaintiff William Gray was arrested at 4:15 p.m. on 11/08/03, was transported to District 6 police station where he was processed, charged, an initial probable-cause determination was made, and the watch commander determined he was not to be fingerprinted. Plaintiff was then taken to lockup, issued a CB number at 6:18 p.m. and, pursuant to the city's policy, placed in a lockup cell. Plaintiff was released on an I-bond at 9:00 p.m.

125. Plaintiff Torrie Greene was arrested at 12:05 p.m. on 06/28/00, was transported to District 25 police station where he was processed, charged, an initial probable-cause determination was made, and the watch commander determined he was not to be fingerprinted. Plaintiff was then taken to lockup, issued a CB number at 4:40 p.m. and, pursuant to the city's policy, placed in a lockup cell. Plaintiff was released on an I-bond at 8:30 p.m.

126. Plaintiff David Gulley was arrested at 12:30 p.m. on 04/04/01, was transported to District 5 police station where he was processed, charged, an initial probable-cause determination was made, and the watch commander determined he was not to be fingerprinted. Plaintiff was then taken to lockup, issued a CB number at 4:23 p.m. and, pursuant to the city's policy, placed in a lockup cell. Plaintiff was released on an I-bond at 1:00 a.m. on 04/05/01.

127. Plaintiff Ernnell Hall was arrested at 9:30 p.m. on 06/14/03, was transported to District 11 police station where he was processed, charged, an initial probable-cause determination was made, and the watch commander determined he was not to be fingerprinted. Plaintiff was then taken to lockup, issued a CB number at 11:50 p.m. and, pursuant to the city's policy, placed in a lockup cell. Plaintiff was released on an I-bond at 2:50 a.m. on 06/15/03.

128. Plaintiff Cleo Hammond was arrested at 2:00 a.m. on 06/25/01, was transported to District 6 police station where he was processed, charged, an initial probable-cause determination was made, and the watch commander determined he was not to be fingerprinted. Plaintiff was

then taken to lockup, issued a CB number at 3:38 a.m. and, pursuant to the city's policy, placed in a lockup cell. Plaintiff was released on an I-bond at 7:25 a.m.

129. Plaintiff Christine Harris was arrested at 10:00 a.m. on 07/26/00, was transported to District 25 police station where she was processed, charged, an initial probable-cause determination was made, and the watch commander determined she was not to be fingerprinted. Plaintiff was then taken to lockup, issued a CB number at 10:56 a.m. and, pursuant to the city's policy, placed in a lockup cell. Plaintiff was released on an I-bond at 4:00 p.m.

130. Plaintiff Jeremy Harris was arrested at 8:55 p.m. on 08/16/00, was transported to District 15 police station where he was processed, charged, an initial probable-cause determination was made, and the watch commander determined he was not to be fingerprinted. Plaintiff was then taken to lockup, issued a CB number at 10:03 p.m. and, pursuant to the city's policy, placed in a lockup cell. Plaintiff was released on an I-bond at 12:05 a.m. on 08/17/00.

131. Plaintiff Kenneth Harris was arrested at 11:30 a.m. on 09/19/01, was transported to District 25 police station where he was processed, charged, an initial probable-cause determination was made, and the watch commander determined he was not to be fingerprinted. Plaintiff was then taken to lockup, issued a CB number at 12:32 p.m. and, pursuant to the city's policy, placed in a lockup cell. Plaintiff was released on an I-bond at 4:00 p.m.

132. Plaintiff Courtney Hart was arrested and transported to District 12 police station where she was processed, charged, an initial probable-cause determination was made, and the watch commander determined she was not to be fingerprinted. Plaintiff was then taken to lockup, issued a CB number at 3:20 p.m. and, pursuant to the city's policy, placed in a lockup cell. Plaintiff was released on an I-bond at 7:15 p.m. on 05/31/00, more than four hours after plaintiff's arrest.

133. Plaintiff Robert Hart was arrested at 12:34 a.m. on 03/11/04, was transported to District 7 police station where he was processed, charged, an initial probable-cause determination was made, and the watch commander determined he was not to be fingerprinted. Plaintiff was

then taken to lockup, issued a CB number at 2:47 a.m. and, pursuant to the city's policy, placed in a lockup cell. Plaintiff was released on an I-bond at 4:50 a.m.

134. Plaintiff Brian Hawkins was arrested at 9:30 p.m. on 10/10/00, was transported to District 7 police station where he was processed, charged, an initial probable-cause determination was made, and the watch commander determined he was not to be fingerprinted. Plaintiff was then taken to lockup, issued a CB number at 11:56 p.m. and, pursuant to the city's policy, placed in a lockup cell. Plaintiff was released on an I-bond at 2:57 a.m. on 10/11/00.

135. Plaintiff Jermaine Hawkins was arrested at 10:35 a.m. on 07/14/01, was transported to District 6 police station where he was processed, charged, an initial probable-cause determination was made, and the watch commander determined he was not to be fingerprinted. Plaintiff was then taken to lockup, issued a CB number at 12:31 p.m. and, pursuant to the city's policy, placed in a lockup cell. Plaintiff was released on an I-bond at 6:04 p.m.

136. Plaintiff Nathaniel Haynes was arrested on numerous occasions: (1) at 8:05 p.m. on 02/04/01, was transported to District 1 police station where he was processed, charged, an initial probable-cause determination was made, and the watch commander determined he was not to be fingerprinted. Plaintiff was then taken to lockup, issued a CB number at 8:50 p.m. and, pursuant to the city's policy, placed in a lockup cell. Plaintiff was released on an I-bond at 11:46 p.m.; (2) at 12:30 p.m. on 07/10/01, was transported to District 1 police station where he was processed, charged, an initial probable-cause determination was made, and the watch commander determined he was not to be fingerprinted. Plaintiff was then taken to lockup, issued a CB number at 4:09 p.m. and, pursuant to the city's policy, placed in a lockup cell. Plaintiff was released on an I-bond at 8:30 p.m.; (3) at 11:00 a.m. on 05/20/02, was transported to District 1 police station where he was processed, charged, an initial probable-cause determination was made, and the watch commander determined he was not to be fingerprinted. Plaintiff was then taken to lockup, issued a CB number at 12:11 p.m. and, pursuant to the city's policy, placed in a lockup cell. Plaintiff was released on an I-bond at 8:50 p.m.; (4) at 12:45 p.m. on 11/25/00, was transported to District 1 police station where he was processed, charged, an initial probable-cause

determination was made, and the watch commander determined he was not to be fingerprinted. Plaintiff was then taken to lockup, issued a CB number at 1:24 p.m. and, pursuant to the city's policy, placed in a lockup cell. Plaintiff was released on an I-bond at 10:45 p.m.; (5) at 7:05 p.m. on 01/30/01, was transported to District 1 police station where he was processed, charged, an initial probable-cause determination was made, and the watch commander determined he was not to be fingerprinted. Plaintiff was then taken to lockup, issued a CB number at 8:41 p.m. and, pursuant to the city's policy, placed in a lockup cell. Plaintiff was released on an I-bond at 6:15 a.m. on 01/31/01; (6) at 9:15 a.m. on 11/11/00, was transported to District 1 police station where he was processed, charged, an initial probable-cause determination was made, and the watch commander determined he was not to be fingerprinted. Plaintiff was then taken to lockup, issued a CB number at 9:48 a.m. and, pursuant to the city's policy, placed in a lockup cell. Plaintiff was released on an I-bond at 9:20 p.m.; (7) at 4:10 p.m. on 12/06/00, was transported to District 1 police station where he was processed, charged, an initial probable-cause determination was made, and the watch commander determined he was not to be fingerprinted. Plaintiff was then taken to lockup, issued a CB number at 5:16 p.m. and, pursuant to the city's policy, placed in a lockup cell. Plaintiff was released on an I-bond at 7:40 p.m.; (8) at 10:30 a.m. on 03/31/01, was transported to District 1 police station where he was processed, charged, an initial probable-cause determination was made, and the watch commander determined he was not to be fingerprinted. Plaintiff was then taken to lockup, issued a CB number at 11:12 a.m. and, pursuant to the city's policy, placed in a lockup cell. Plaintiff was released on an I-bond at 4:20 p.m.; and (9) at 12:50 p.m. on 10/02/00, was transported to District 1 police station where he was processed, charged, an initial probable-cause determination was made, and the watch commander determined he was not to be fingerprinted. Plaintiff was then taken to lockup, issued a CB number at 2:34 p.m. and, pursuant to the city's policy, placed in a lockup cell. Plaintiff was released on an I-bond at 8:30 p.m.

137. Plaintiff William Heard was arrested at 8:30 p.m. on 07/20/00, was transported to District 6 police station where he was processed, charged, an initial probable-cause determination

41

was made, and the watch commander determined he was not to be fingerprinted. Plaintiff was then taken to lockup, issued a CB number at 10:41 p.m. and, pursuant to the city's policy, placed in a lockup cell. Plaintiff was released on an I-bond at 1:15 a.m. on 07/21/00.

138. Plaintiff Jason Heath was arrested at 1:10 p.m. on 02/20/01, was transported to District 6 police station where he was processed, charged, an initial probable-cause determination was made, and the watch commander determined he was not to be fingerprinted. Plaintiff was then taken to lockup, issued a CB number at 3:00 p.m. and, pursuant to the city's policy, placed in a lockup cell. Plaintiff was released on an I-bond at 8:10 p.m.

139. Plaintiff James Henry was arrested at 7:00 p.m. on 07/20/01, was transported to District 15 police station where he was processed, charged, an initial probable-cause determination was made, and the watch commander determined he was not to be fingerprinted. Plaintiff was then taken to lockup, issued a CB number at 8:36 p.m. and, pursuant to the city's policy, placed in a lockup cell. Plaintiff was released on an I-bond at 11:15 p.m.

140. Plaintiff Osvaldo Hernandez was arrested at 7:09 p.m. on 03/29/03, was transported to District 13 police station where he was processed, charged, an initial probable-cause determination was made, and the watch commander determined he was not to be fingerprinted. Plaintiff was then taken to lockup, issued a CB number at 8:58 p.m. and, pursuant to the city's policy, placed in a lockup cell. Plaintiff was released on an I-bond at 2:45 a.m. on 03/30/03.

141. Plaintiff Kelvin Hicks was arrested at 3:55 p.m. on 05/26/01, was transported to District 1 police station where he was processed, charged, an initial probable-cause determination was made, and the watch commander determined he was not to be fingerprinted. Plaintiff was then taken to lockup, issued a CB number at 5:35 p.m. and, pursuant to the city's policy, placed in a lockup cell. Plaintiff was released on an I-bond at 11:10 p.m.

142. Plaintiff Raymond Hill was arrested on numerous occasions: (1) at 1:20 a.m. on 05/16/00, was transported to District 2 police station where he was processed, charged, an initial probable-cause determination was made, and the watch commander determined he was not to be fingerprinted. Plaintiff was then taken to lockup, issued a CB number at 3:30 a.m. and, pursuant

to the city's policy, placed in a lockup cell. Plaintiff was released on an I-bond at 7:00 a.m.; and (2) at 2:00 p.m. on 09/27/00, was transported to District 1 police station where he was processed, charged, an initial probable-cause determination was made, and the watch commander determined he was not to be fingerprinted. Plaintiff was then taken to lockup, issued a CB number at 3:41 p.m. and, pursuant to the city's policy, placed in a lockup cell. Plaintiff was released on an I-bond at 8:20 p.m.

143. Plaintiff Christopher Hines was arrested on numerous occasions: (1) at 6:45 p.m. on 05/05/04, was transported to District 23 police station where he was processed, charged, an initial probable-cause determination was made, and the watch commander determined he was not to be fingerprinted. Plaintiff was then taken to lockup, issued a CB number at 8:10 p.m. and, pursuant to the city's policy, placed in a lockup cell. Plaintiff was released on an I-bond at 11:00 p.m.; (2) at 2:30 p.m. on 07/12/02, was transported to District 23 police station where he was processed, charged, an initial probable-cause determination was made, and the watch commander determined he was not to be fingerprinted. Plaintiff was then taken to lockup, issued a CB number at 4:10 p.m. and, pursuant to the city's policy, placed in a lockup cell. Plaintiff was released on an I-bond at 6:50 p.m.; (3) at 7:20 p.m. on 09/15/03, was transported to District 23 police station where he was processed, charged, an initial probable-cause determination was made, and the watch commander determined he was not to be fingerprinted. Plaintiff was then taken to lockup, issued a CB number at 7:54 p.m. and, pursuant to the city's policy, placed in a lockup cell. Plaintiff was released on an I-bond at 11:45 p.m.; (4) at 12:30 p.m. on 08/24/01, was transported to District 23 police station where he was processed, charged, an initial probable-cause determination was made, and the watch commander determined he was not to be fingerprinted. Plaintiff was then taken to lockup, issued a CB number at 3:59 p.m. and, pursuant to the city's policy, placed in a lockup cell. Plaintiff was released on an I-bond at 6:00 p.m.; (5) at 11:30 a.m. on 07/24/03, was transported to District 23 police station where he was processed, charged, an initial probable-cause determination was made, and the watch commander determined he was not to be fingerprinted. Plaintiff was then taken to lockup, issued a CB

43

number at 12:28 p.m. and, pursuant to the city's policy, placed in a lockup cell. Plaintiff was released on an I-bond at 5:25 p.m.; (6) at 1:30 p.m. on 06/01/03, was transported to District 19 police station where he was processed, charged, an initial probable-cause determination was made, and the watch commander determined he was not to be fingerprinted. Plaintiff was then taken to lockup, issued a CB number at 2:49 p.m. and, pursuant to the city's policy, placed in a lockup cell. Plaintiff was released on an I-bond at 7:50 p.m.; and (7) at 6:00 p.m. on 07/31/00, was transported to District 23 police station where he was processed, charged, an initial probable-cause determination was made, and the watch commander determined he was not to be fingerprinted. Plaintiff was then taken to lockup, issued a CB number at 6:36 p.m. and, pursuant to the city's policy, placed in a lockup cell. Plaintiff was released on an I-bond at 1:15 a.m. on 08/01/00.

144. Plaintiff Marcellar Hollerway was arrested on numerous occasions: (1) at 1:45 p.m. on 12/06/01, was transported to District 1 police station where he was processed, charged, an initial probable-cause determination was made, and the watch commander determined he was not to be fingerprinted. Plaintiff was then taken to lockup, issued a CB number at 3:16 p.m. and, pursuant to the city's policy, placed in a lockup cell. Plaintiff was released on an I-bond at 9:30 p.m.; (2) at 3:25 p.m. on 04/29/01, was transported to District 2 police station where he was processed, charged, an initial probable-cause determination was made, and the watch commander determined he was not to be fingerprinted. Plaintiff was then taken to lockup, issued a CB number at 5:20 p.m. and, pursuant to the city's policy, placed in a lockup cell. Plaintiff was released on an I-bond at 8:45 p.m.; (3) at 11:50 a.m. on 06/04/02, was transported to District 6 police station where he was processed, charged, an initial probable-cause determination was made, and the watch commander determined he was not to be fingerprinted. Plaintiff was then taken to lockup, issued a CB number at 12:51 p.m. and, pursuant to the city's policy, placed in a lockup cell. Plaintiff was released on an I-bond at 3:45 p.m.; (4) at 11:45 a.m. on 04/30/03, was transported to District 6 police station where he was processed, charged, an initial probable-cause determination was made, and the watch commander determined he was not to be fingerprinted.

44

Plaintiff was then taken to lockup, issued a CB number at 1:15 p.m. and, pursuant to the city's policy, placed in a lockup cell. Plaintiff was released on an I-bond at 5:00 p.m.; and (5) at 1:15 p.m. on 08/27/02, was transported to District 6 police station where he was processed, charged, an initial probable-cause determination was made, and the watch commander determined he was not to be fingerprinted. Plaintiff was then taken to lockup, issued a CB number at 12:05 a.m. and, pursuant to the city's policy, placed in a lockup cell. Plaintiff was released on an I-bond at 3:00 a.m. on 08/28/02.

145. Plaintiff Kenneth Hollins was arrested at 10:45 a.m. on 09/06/00, was transported to District 7 police station where he was processed, charged, an initial probable-cause determination was made, and the watch commander determined he was not to be fingerprinted. Plaintiff was then taken to lockup, issued a CB number at 1:00 p.m. and, pursuant to the city's policy, placed in a lockup cell. Plaintiff was released on an I-bond at 3:00 p.m.

146. Plaintiff Darryl Holmes was arrested on numerous occasions: (1) at 10:00 a.m. on 10/07/00, was transported to District 1 police station where he was processed, charged, an initial probable-cause determination was made, and the watch commander determined he was not to be fingerprinted. Plaintiff was then taken to lockup, issued a CB number at 10:32 a.m. and, pursuant to the city's policy, placed in a lockup cell. Plaintiff was released on an I-bond at 9:30 p.m.; (2) at 9:50 p.m. on 05/22/01, was transported to District 1 police station where he was processed, charged, an initial probable-cause determination was made, and the watch commander determined he was not to be fingerprinted. Plaintiff was then taken to lockup, issued a CB number at 12:37 a.m. and, pursuant to the city's policy, placed in a lockup cell. Plaintiff was released on an I-bond at 4:00 a.m. on 05/23/01; (3) at 12:35 p.m. on 11/01/00, was transported to District 1 police station where he was processed, charged, an initial probable-cause determination was made, and the watch commander determined he was not to be fingerprinted. Plaintiff was then taken to lockup, issued a CB number at 2:17 p.m. and, pursuant to the city's policy, placed in a lockup cell. Plaintiff was released on an I-bond at 7:15 p.m.; (4) at 10:30 p.m. on 07/16/03, was transported to District 1 police station where he was processed, charged, an initial

45

probable-cause determination was made, and the watch commander determined he was not to be fingerprinted. Plaintiff was then taken to lockup, issued a CB number at 2:21 a.m. and, pursuant to the city's policy, placed in a lockup cell. Plaintiff was released on an I-bond at 9:45 a.m. on 07/17/03; (5) at 8:35 p.m. on 02/05/01, was transported to District 1 police station where he was processed, charged, an initial probable-cause determination was made, and the watch commander determined he was not to be fingerprinted. Plaintiff was then taken to lockup, issued a CB number at 10:12 p.m. and, pursuant to the city's policy, placed in a lockup cell. Plaintiff was released on an I-bond at 10:33 a.m. on 02/06/01; (6) at 6:30 p.m. on 06/09/00, was transported to District 1 police station where he was processed, charged, an initial probable-cause determination was made, and the watch commander determined he was not to be fingerprinted. Plaintiff was then taken to lockup, issued a CB number at 8:23 p.m. and, pursuant to the city's policy, placed in a lockup cell. Plaintiff was released on an I-bond at 11:35 p.m.; and (7) at 10:30 p.m. on 08/07/00, was transported to District 1 police station where he was processed, charged, an initial probable-cause determination was made, and the watch commander determined he was not to be fingerprinted. Plaintiff was then taken to lockup, issued a CB number at 11:36 p.m. and, pursuant to the city's policy, placed in a lockup cell. Plaintiff was released on an I-bond at 5:00 a.m. on 08/08/00.

147. Plaintiff Todd Huels was arrested on numerous occasions: (1) at 9:30 p.m. on 01/15/03, was transported to District 17 police station where he was processed, charged, an initial probable-cause determination was made, and the watch commander determined he was not to be fingerprinted. Plaintiff was then taken to lockup, issued a CB number at 10:18 p.m. and, pursuant to the city's policy, placed in a lockup cell. Plaintiff was released on an I-bond at 1:30 a.m. on 01/16/03; (2) at 12:08 a.m. on 01/12/02, was transported to District 14 police station where he was processed, charged, an initial probable-cause determination was made, and the watch commander determined he was not to be fingerprinted. Plaintiff was then taken to lockup, issued a CB number at 12:47 a.m. and, pursuant to the city's policy, placed in a lockup cell. Plaintiff was released on an I-bond at 4:30 a.m.; (3) at 12:30 a.m. on 07/29/01, was transported to

District 14 police station where he was processed, charged, an initial probable-cause determination was made, and the watch commander determined he was not to be fingerprinted. Plaintiff was then taken to lockup, issued a CB number at 12:49 a.m. and, pursuant to the city's policy, placed in a lockup cell. Plaintiff was released on an I-bond at 5:25 a.m.; (4) at 12:45 a.m. on 05/17/01, was transported to District 14 police station where he was processed, charged, an initial probable-cause determination was made, and the watch commander determined he was not to be fingerprinted. Plaintiff was then taken to lockup, issued a CB number at 1:21 a.m. and, pursuant to the city's policy, placed in a lockup cell. Plaintiff was released on an I-bond at 6:05 a.m.; (5) at 10:41 p.m. on 06/27/01, was transported to District 14 police station where he was processed, charged, an initial probable-cause determination was made, and the watch commander determined he was not to be fingerprinted. Plaintiff was then taken to lockup, issued a CB number at 11:36 p.m. and, pursuant to the city's policy, placed in a lockup cell. Plaintiff was released on an I-bond at 4:30 a.m. on 06/28/01; (6) at 3:05 a.m. on 08/08/02, was transported to District 14 police station where he was processed, charged, an initial probable-cause determination was made, and the watch commander determined he was not to be fingerprinted. Plaintiff was then taken to lockup, issued a CB number at 4:06 a.m. and, pursuant to the city's policy, placed in a lockup cell. Plaintiff was released on an I-bond at 10:40 a.m.; (7) at 2:50 a.m. on 06/29/02, was transported to District 14 police station where he was processed, charged, an initial probable-cause determination was made, and the watch commander determined he was not to be fingerprinted. Plaintiff was then taken to lockup, issued a CB number at 7:43 a.m. and, pursuant to the city's policy, placed in a lockup cell. Plaintiff was released on an I-bond at 12:30 p.m.; and (8) at 5:45 p.m. on 10/28/03, was transported to District 17 police station where he was processed, charged, an initial probable-cause determination was made, and the watch commander determined he was not to be fingerprinted. Plaintiff was then taken to lockup, issued a CB number at 6:16 p.m. and, pursuant to the city's policy, placed in a lockup cell. Plaintiff was released on an I-bond at 9:10 p.m.

148.  Plaintiff Herman Ingram was arrested on numerous occasions: (1) at 7:40 p.m. on 02/08/03, was transported to District 25 police station where he was processed, charged, an initial probable-cause determination was made, and the watch commander determined he was not to be fingerprinted.  Plaintiff was then taken to lockup, issued a CB number at 8:34 p.m. and, pursuant to the city's policy, placed in a lockup cell.  Plaintiff was released on an I-bond at 2:30 a.m. on 02/09/03; (2) at 10:30 a.m. on 09/03/00, was transported to District 25 police station where he was processed, charged, an initial probable-cause determination was made, and the watch commander determined he was not to be fingerprinted.  Plaintiff was then taken to lockup, issued a CB number at 11:18 a.m. and, pursuant to the city's policy, placed in a lockup cell. Plaintiff was released on an I-bond at 1:30 p.m.; and (3) at 4:00 p.m. on 10/12/00, was transported to District 11 police station where he was processed, charged, an initial probable-cause determination was made, and the watch commander determined he was not to be fingerprinted.  Plaintiff was then taken to lockup, issued a CB number at 5:16 p.m. and, pursuant to the city's policy, placed in a lockup cell.  Plaintiff was released on an I-bond at 11:20 p.m.

149.  Plaintiff Lorenzo Jackson was arrested at 9:15 p.m. on 10/15/02, was transported to District 7 police station where he was processed, charged, an initial probable-cause determination was made, and the watch commander determined he was not to be fingerprinted.  Plaintiff was then taken to lockup, issued a CB number at 12:58 a.m. and, pursuant to the city's policy, placed in a lockup cell.  Plaintiff was released on an I-bond at 3:30 a.m. on 10/16/02.

150.  Plaintiff Steven James was arrested on numerous occasions: (1) at 11:30 a.m. on 06/05/00, was transported to District 6 police station where he was processed, charged, an initial probable-cause determination was made, and the watch commander determined he was not to be fingerprinted.  Plaintiff was then taken to lockup, issued a CB number at 12:58 p.m. and, pursuant to the city's policy, placed in a lockup cell.  Plaintiff was released on an I-bond at 8:00 p.m.; and (2) at 2:30 p.m. on 01/30/01, was transported to District 7 police station where he was processed, charged, an initial probable-cause determination was made, and the watch commander determined he was not to be fingerprinted.  Plaintiff was then taken to lockup, issued a CB

number at 4:18 p.m. and, pursuant to the city's policy, placed in a lockup cell. Plaintiff was released on an I-bond at 5:50 p.m.

151. Plaintiff Terrell James was arrested at 6:50 p.m. on 09/10/03, was transported to District 25 police station where he was processed, charged, an initial probable-cause determination was made, and the watch commander determined he was not to be fingerprinted. Plaintiff was then taken to lockup, issued a CB number at 9:06 p.m. and, pursuant to the city's policy, placed in a lockup cell. Plaintiff was released on an I-bond at 4:00 a.m. on 09/11/03.

152. Plaintiff Willie Jarrett was arrested at 5:55 p.m. on 01/12/03, was transported to District 14 police station where he was processed, charged, an initial probable-cause determination was made, and the watch commander determined he was not to be fingerprinted. Plaintiff was then taken to lockup, issued a CB number at 6:46 p.m. and, pursuant to the city's policy, placed in a lockup cell. Plaintiff was released on an I-bond at 2:00 a.m. on 01/13/03.

153. Plaintiff Anthony Johnson was arrested at 1:30 p.m. on 07/24/01, was transported to District 25 police station where he was processed, charged, an initial probable-cause determination was made, and the watch commander determined he was not to be fingerprinted. Plaintiff was then taken to lockup, issued a CB number at 3:37 p.m. and, pursuant to the city's policy, placed in a lockup cell. Plaintiff was released on an I-bond at 8:00 p.m.

154. Plaintiff Jahamahn Johnson was arrested at 5:50 p.m. on 10/01/00, was transported to District 5 police station where he was processed, charged, an initial probable-cause determination was made, and the watch commander determined he was not to be fingerprinted. Plaintiff was then taken to lockup, issued a CB number at 9:23 p.m. and, pursuant to the city's policy, placed in a lockup cell. Plaintiff was released on an I-bond at 2:00 a.m. on 10/02/00.

155. Plaintiff Jimmie Johnson was arrested at 9:20 p.m. on 06/27/02, was transported to District 11 police station where he was processed, charged, an initial probable-cause determination was made, and the watch commander determined he was not to be fingerprinted. Plaintiff was then taken to lockup, issued a CB number at 12:22 a.m. and, pursuant to the city's policy, placed in a lockup cell. Plaintiff was released on an I-bond at 3:00 a.m. on 06/28/02.

156.  Plaintiff Joesetta Johnson was arrested at 12:20 p.m. on 09/13/00, was transported to District 15 police station where she was processed, charged, an initial probable-cause determination was made, and the watch commander determined she was not to be fingerprinted. Plaintiff was then taken to lockup, issued a CB number at 12:35 p.m. and, pursuant to the city's policy, placed in a lockup cell.  Plaintiff was released on an I-bond at 5:30 p.m.

157.  Plaintiff Maceo Johnson was arrested at 9:30 p.m. on 10/20/00, was transported to District 4 police station where he was processed, charged, an initial probable-cause determination was made, and the watch commander determined he was not to be fingerprinted.  Plaintiff was then taken to lockup, issued a CB number at 10:53 p.m. and, pursuant to the city's policy, placed in a lockup cell.  Plaintiff was released on an I-bond at 2:15 a.m. on 10/21/00.

158.  Plaintiff Michael Jones was arrested on numerous occasions: (1) at 12:47 p.m. on 05/25/02, was transported to District 18 police station where he was processed, charged, an initial probable-cause determination was made, and the watch commander determined he was not to be fingerprinted.  Plaintiff was then taken to lockup, issued a CB number at 3:04 p.m. and, pursuant to the city's policy, placed in a lockup cell.  Plaintiff was released on an I-bond at 9:00 p.m.; (2) at 11:40 a.m. on 11/13/01, was transported to District 1 police station where he was processed, charged, an initial probable-cause determination was made, and the watch commander determined he was not to be fingerprinted.  Plaintiff was then taken to lockup, issued a CB number at 2:20 p.m. and, pursuant to the city's policy, placed in a lockup cell.  Plaintiff was released on an I-bond at 9:00 p.m.; (3) at 2:10 p.m. on 05/15/02, was transported to District 1 police station where he was processed, charged, an initial probable-cause determination was made, and the watch commander determined he was not to be fingerprinted.  Plaintiff was then taken to lockup, issued a CB number at 4:53 p.m. and, pursuant to the city's policy, placed in a lockup cell.  Plaintiff was released on an I-bond at 11:45 p.m.; and (4) at 12:45 p.m. on 01/09/02, was transported to District 1 police station where he was processed, charged, an initial probable-cause determination was made, and the watch commander determined he was not to be fingerprinted.  Plaintiff was then taken to lockup, issued a CB number at 3:52 p.m. and, pursuant

50

to the city's policy, placed in a lockup cell. Plaintiff was released on an I-bond at 8:45 a.m. on 01/10/02.

159. Plaintiff Phillip Jones was arrested at 4:59 p.m. on 04/29/01, was transported to District 5 police station where he was processed, charged, an initial probable-cause determination was made, and the watch commander determined he was not to be fingerprinted. Plaintiff was then taken to lockup, issued a CB number at 5:42 p.m. and, pursuant to the city's policy, placed in a lockup cell. Plaintiff was released on an I-bond at 8:30 p.m.

160. Plaintiff Louis Kafantaris was arrested at 6:00 a.m. on 02/14/04, was transported to District 16 police station where he was processed, charged, an initial probable-cause determination was made, and the watch commander determined he was not to be fingerprinted. Plaintiff was then taken to lockup, issued a CB number at 7:24 a.m. and, pursuant to the city's policy, placed in a lockup cell. Plaintiff was released on an I-bond at 9:25 a.m.

161. Plaintiff Aaron Kemper was arrested at 8:45 a.m. on 11/27/00, was transported to District 6 police station where he was processed, charged, an initial probable-cause determination was made, and the watch commander determined he was not to be fingerprinted. Plaintiff was then taken to lockup, issued a CB number at 10:40 a.m. and, pursuant to the city's policy, placed in a lockup cell. Plaintiff was released on an I-bond at 1:30 p.m.

162. Plaintiff Louie Laga was arrested at 12:30 a.m. on 06/29/00, was transported to District 8 police station where he was processed, charged, an initial probable-cause determination was made, and the watch commander determined he was not to be fingerprinted. Plaintiff was then taken to lockup, issued a CB number at 1:37 a.m. and, pursuant to the city's policy, placed in a lockup cell. Plaintiff was released on an I-bond at 6:30 a.m.

163. Plaintiff Angel Laureano was arrested at 6:30 p.m. on 10/08/03, was transported to District 8 police station where he was processed, charged, an initial probable-cause determination was made, and the watch commander determined he was not to be fingerprinted. Plaintiff was then taken to lockup, issued a CB number at 8:04 p.m. and, pursuant to the city's policy, placed in a lockup cell. Plaintiff was released on an I-bond at 10:20 p.m.

164. Plaintiff Alvin Lewis was arrested at 1:10 a.m. on 04/15/02, was transported to District 12 police station where he was processed, charged, an initial probable-cause determination was made, and the watch commander determined he was not to be fingerprinted. Plaintiff was then taken to lockup, issued a CB number at 2:01 a.m. and, pursuant to the city's policy, placed in a lockup cell. Plaintiff was released on an I-bond at 4:35 a.m.

165. Plaintiff Lorenzo Lopez was arrested at 8:30 p.m. on 01/29/02, was transported to District 14 police station where he was processed, charged, an initial probable-cause determination was made, and the watch commander determined he was not to be fingerprinted. Plaintiff was then taken to lockup, issued a CB number at 10:28 p.m. and, pursuant to the city's policy, placed in a lockup cell. Plaintiff was released on an I-bond at 1:05 a.m. on 01/30/02.

166. Plaintiff Marcel Lurry was arrested at 6:20 p.m. on 02/17/02, was transported to District 6 police station where he was processed, charged, an initial probable-cause determination was made, and the watch commander determined he was not to be fingerprinted. Plaintiff was then taken to lockup, issued a CB number at 7:01 p.m. and, pursuant to the city's policy, placed in a lockup cell. Plaintiff was released on an I-bond at 11:05 p.m.

167. Plaintiff Warren Mangum was arrested at 9:00 p.m. on 02/19/01, was transported to District 4 police station where he was processed, charged, an initial probable-cause determination was made, and the watch commander determined he was not to be fingerprinted. Plaintiff was then taken to lockup, issued a CB number at 11:03 p.m. and, pursuant to the city's policy, placed in a lockup cell. Plaintiff was released on an I-bond at 3:45 a.m. on 02/20/01.

168. Plaintiff Cortez Manning was arrested at 9:45 p.m. on 09/17/03, was transported to District 6 police station where he was processed, charged, an initial probable-cause determination was made, and the watch commander determined he was not to be fingerprinted. Plaintiff was then taken to lockup, issued a CB number at 11:57 p.m. and, pursuant to the city's policy, placed in a lockup cell. Plaintiff was released on an I-bond at 4:15 a.m. on 09/18/03.

169. Plaintiff Miguel Manzo was arrested at 6:35 p.m. on 04/05/01, was transported to District 25 police station where he was processed, charged, an initial probable-cause

determination was made, and the watch commander determined he was not to be fingerprinted. Plaintiff was then taken to lockup, issued a CB number at 8:56 p.m. and, pursuant to the city's policy, placed in a lockup cell. Plaintiff was released on an I-bond at 3:00 a.m. on 04/06/01.

170. Plaintiff Paul Martin was arrested at 9:20 a.m. on 10/22/01, was transported to District 6 police station where he was processed, charged, an initial probable-cause determination was made, and the watch commander determined he was not to be fingerprinted. Plaintiff was then taken to lockup, issued a CB number at 11:59 a.m. and, pursuant to the city's policy, placed in a lockup cell. Plaintiff was released on an I-bond at 5:30 p.m.

171. Plaintiff Marco Martinez was arrested at 6:20 p.m. on 05/04/00, was transported to District 17 police station where he was processed, charged, an initial probable-cause determination was made, and the watch commander determined he was not to be fingerprinted. Plaintiff was then taken to lockup, issued a CB number at 8:48 p.m. and, pursuant to the city's policy, placed in a lockup cell. Plaintiff was released on an I-bond at 2:45 a.m. on 05/05/00.

172. Plaintiff Darryl Mason was arrested on numerous occasions: (1) at 12:35 p.m. on 05/09/04, was transported to District 23 police station where he was processed, charged, an initial probable-cause determination was made, and the watch commander determined he was not to be fingerprinted. Plaintiff was then taken to lockup, issued a CB number at 1:18 p.m. and, pursuant to the city's policy, placed in a lockup cell. Plaintiff was released on an I-bond at 4:00 p.m.; (2) at 3:00 p.m. on 06/28/03, was transported to District 9 police station where he was processed, charged, an initial probable-cause determination was made, and the watch commander determined he was not to be fingerprinted. Plaintiff was then taken to lockup, issued a CB number at 4:51 p.m. and, pursuant to the city's policy, placed in a lockup cell. Plaintiff was released on an I-bond at 7:45 p.m.; (3) at 7:15 p.m. on 07/20/01, was transported to District 9 police station where he was processed, charged, an initial probable-cause determination was made, and the watch commander determined he was not to be fingerprinted. Plaintiff was then taken to lockup, issued a CB number at 9:08 p.m. and, pursuant to the city's policy, placed in a lockup cell. Plaintiff was released on an I-bond at 1:05 a.m. on 07/21/01; and (4) at 10:00 a.m.

on 06/07/03, was transported to District 23 police station where he was processed, charged, an initial probable-cause determination was made, and the watch commander determined he was not to be fingerprinted. Plaintiff was then taken to lockup, issued a CB number at 1:42 p.m. and, pursuant to the city's policy, placed in a lockup cell. Plaintiff was released on an I-bond at 5:05 p.m.

173. Plaintiff Marcus Mays was arrested at 10:05 p.m. on 05/29/03, was transported to District 11 police station where he was processed, charged, an initial probable-cause determination was made, and the watch commander determined he was not to be fingerprinted. Plaintiff was then taken to lockup, issued a CB number at 11:42 p.m. and, pursuant to the city's policy, placed in a lockup cell. Plaintiff was released on an I-bond at 1:55 a.m. on 05/30/03.

174. Plaintiff Rufus McClellan was arrested at 7:30 p.m. on 05/29/02, was transported to District 24 police station where he was processed, charged, an initial probable-cause determination was made, and the watch commander determined he was not to be fingerprinted. Plaintiff was then taken to lockup, issued a CB number at 9:37 p.m. and, pursuant to the city's policy, placed in a lockup cell. Plaintiff was released on an I-bond at 3:30 a.m. on 05/30/02.

175. Plaintiff James McClendon was arrested at 5:45 p.m. on 05/02/02, was transported to District 11 police station where he was processed, charged, an initial probable-cause determination was made, and the watch commander determined he was not to be fingerprinted. Plaintiff was then taken to lockup, issued a CB number at 8:08 p.m. and, pursuant to the city's policy, placed in a lockup cell. Plaintiff was released on an I-bond at 2:50 a.m. on 05/03/02.

176. Plaintiff Floyd McCormick was arrested at 8:45 p.m. on 03/24/04, was transported to District 5 police station where he was processed, charged, an initial probable-cause determination was made, and the watch commander determined he was not to be fingerprinted. Plaintiff was then taken to lockup, issued a CB number at 9:35 p.m. and, pursuant to the city's policy, placed in a lockup cell. Plaintiff was released on an I-bond at 3:05 a.m. on 03/25/04.

177. Plaintiff Martin McCoy was arrested at 12:30 p.m. on 02/23/04, was transported to District 5 police station where he was processed, charged, an initial probable-cause determination

was made, and the watch commander determined he was not to be fingerprinted.  Plaintiff was then taken to lockup, issued a CB number at 2:30 p.m. and, pursuant to the city's policy, placed in a lockup cell.  Plaintiff was released on an I-bond at 6:05 p.m.

178.  Plaintiff Erica McCray was arrested at 12:45 p.m. on 08/25/00, was transported to District 6 police station where she was processed, charged, an initial probable-cause determination was made, and the watch commander determined she was not to be fingerprinted.  Plaintiff was then taken to lockup, issued a CB number at 3:40 p.m. and, pursuant to the city's policy, placed in a lockup cell.  Plaintiff was released on an I-bond at 8:20 p.m.

179.  Plaintiff Sherman McDonald was arrested at 7:55 p.m. on 07/17/02, was transported to District 15 police station where he was processed, charged, an initial probable-cause determination was made, and the watch commander determined he was not to be fingerprinted.  Plaintiff was then taken to lockup, issued a CB number at 9:15 p.m. and, pursuant to the city's policy, placed in a lockup cell.  Plaintiff was released on an I-bond at 11:45 p.m.

180.  Plaintiff Belinda McKinley was arrested at 2:00 p.m. on 01/24/04, was transported to District 13 police station where she was processed, charged, an initial probable-cause determination was made, and the watch commander determined she was not to be fingerprinted.  Plaintiff was then taken to lockup, issued a CB number at 3:20 p.m. and, pursuant to the city's policy, placed in a lockup cell.  Plaintiff was released on an I-bond at 8:45 p.m.

181.  Plaintiff Charles McMiller was arrested at 3:35 p.m. on 02/03/01, was transported to District 19 police station where he was processed, charged, an initial probable-cause determination was made, and the watch commander determined he was not to be fingerprinted.  Plaintiff was then taken to lockup, issued a CB number at 5:38 p.m. and, pursuant to the city's policy, placed in a lockup cell.  Plaintiff was released on an I-bond at 8:30 p.m.

182.  Plaintiff Anthony Mendez was arrested at 11:45 p.m. on 08/02/03, was transported to District 12 police station where he was processed, charged, an initial probable-cause determination was made, and the watch commander determined he was not to be fingerprinted.

Plaintiff was then taken to lockup, issued a CB number at 12:26 a.m. and, pursuant to the city's policy, placed in a lockup cell. Plaintiff was released on an I-bond at 2:55 a.m. on 08/03/03.

183. Plaintiff Victor Mendoza was arrested at 4:20 p.m. on 03/22/04, was transported to District 10 police station where he was processed, charged, an initial probable-cause determination was made, and the watch commander determined he was not to be fingerprinted. Plaintiff was then taken to lockup, issued a CB number at 6:15 p.m. and, pursuant to the city's policy, placed in a lockup cell. Plaintiff was released on an I-bond at 8:35 p.m.

184. Plaintiff Damon Middleton was arrested at 4:25 a.m. on 10/31/03, was transported to District 1 police station where he was processed, charged, an initial probable-cause determination was made, and the watch commander determined he was not to be fingerprinted. Plaintiff was then taken to lockup, issued a CB number at 10:00 a.m. and, pursuant to the city's policy, placed in a lockup cell. Plaintiff was released on an I-bond at 1:15 p.m.

185. Plaintiff Curtis Moore was arrested at 7:00 p.m. on 08/19/03, was transported to District 7 police station where he was processed, charged, an initial probable-cause determination was made, and the watch commander determined he was not to be fingerprinted. Plaintiff was then taken to lockup, issued a CB number at 12:26 a.m. and, pursuant to the city's policy, placed in a lockup cell. Plaintiff was released on an I-bond at 2:30 a.m. on 08/20/03.

186. Plaintiff Raevon Morgan was arrested at 7:25 p.m. on 07/02/00, was transported to District 5 police station where he was processed, charged, an initial probable-cause determination was made, and the watch commander determined he was not to be fingerprinted. Plaintiff was then taken to lockup, issued a CB number at 11:09 p.m. and, pursuant to the city's policy, placed in a lockup cell. Plaintiff was released on an I-bond at 9:00 a.m. on 07/03/00.

187. Plaintiff Kristin Morris was arrested at 2:15 p.m. on 03/07/02, was transported to District 15 police station where she was processed, charged, an initial probable-cause determination was made, and the watch commander determined she was not to be fingerprinted. Plaintiff was then taken to lockup, issued a CB number at 3:16 p.m. and, pursuant to the city's policy, placed in a lockup cell. Plaintiff was released on an I-bond at 7:30 p.m.

188.  Plaintiff Phillip Morris was arrested at 9:00 p.m. on 12/30/01, was transported to District 4 police station where he was processed, charged, an initial probable-cause determination was made, and the watch commander determined he was not to be fingerprinted.  Plaintiff was then taken to lockup, issued a CB number at 11:28 p.m. and, pursuant to the city's policy, placed in a lockup cell.  Plaintiff was released on an I-bond at 3:30 a.m. on 12/31/01.

189.  Plaintiff Thomas Morris was arrested on numerous occasions: (1) at 1:25 p.m. on 02/28/01, was transported to District 1 police station where he was processed, charged, an initial probable-cause determination was made, and the watch commander determined he was not to be fingerprinted.  Plaintiff was then taken to lockup, issued a CB number at 2:06 p.m. and, pursuant to the city's policy, placed in a lockup cell.  Plaintiff was released on an I-bond at 4:30 p.m.; (2) at 5:55 p.m. on 08/24/01, was transported to District 1 police station where he was processed, charged, an initial probable-cause determination was made, and the watch commander determined he was not to be fingerprinted.  Plaintiff was then taken to lockup, issued a CB number at 7:33 p.m. and, pursuant to the city's policy, placed in a lockup cell.  Plaintiff was released on an I-bond at 11:00 p.m.; and (3) at 1:15 p.m. on 01/20/01, was transported to District 1 police station where he was processed, charged, an initial probable-cause determination was made, and the watch commander determined he was not to be fingerprinted.  Plaintiff was then taken to lockup, issued a CB number at 2:40 p.m. and, pursuant to the city's policy, placed in a lockup cell.  Plaintiff was released on an I-bond at 9:00 p.m.

190.  Plaintiff Kenneil Murdock was arrested at 10:00 p.m. on 02/07/02, was transported to District 11 police station where he was processed, charged, an initial probable-cause determination was made, and the watch commander determined he was not to be fingerprinted.  Plaintiff was then taken to lockup, issued a CB number at 11:57 p.m. and, pursuant to the city's policy, placed in a lockup cell.  Plaintiff was released on an I-bond at 4:30 a.m. on 02/08/02.

191.  Plaintiff Shawn Murphy was arrested at 5:35 p.m. on 08/02/02, was transported to District 13 police station where he was processed, charged, an initial probable-cause determination was made, and the watch commander determined he was not to be fingerprinted.

Plaintiff was then taken to lockup, issued a CB number at 7:38 p.m. and, pursuant to the city's policy, placed in a lockup cell. Plaintiff was released on an I-bond at 2:50 a.m. on 08/03/02.

192. Plaintiff Dewitt Myers was arrested at 5:45 p.m. on 03/09/01, was transported to District 11 police station where he was processed, charged, an initial probable-cause determination was made, and the watch commander determined he was not to be fingerprinted. Plaintiff was then taken to lockup, issued a CB number at 8:27 p.m. and, pursuant to the city's policy, placed in a lockup cell. Plaintiff was released on an I-bond at 3:18 a.m. on 03/10/01.

193. Plaintiff Daryel Namdar was arrested at 3:54 p.m. on 10/23/01, was transported to District 6 police station where he was processed, charged, an initial probable-cause determination was made, and the watch commander determined he was not to be fingerprinted. Plaintiff was then taken to lockup, issued a CB number at 5:28 p.m. and, pursuant to the city's policy, placed in a lockup cell. Plaintiff was released on an I-bond at 8:51 p.m.

194. Plaintiff Dion Neal was arrested at 10:50 p.m. on 10/08/01, was transported to District 4 police station where he was processed, charged, an initial probable-cause determination was made, and the watch commander determined he was not to be fingerprinted. Plaintiff was then taken to lockup, issued a CB number at 1:02 a.m. and, pursuant to the city's policy, placed in a lockup cell. Plaintiff was released on an I-bond at 3:30 a.m. on 10/09/01.

195. Plaintiff Dwayne Neeley was arrested at 6:20 p.m. on 10/24/00, was transported to District 15 police station where he was processed, charged, an initial probable-cause determination was made, and the watch commander determined he was not to be fingerprinted. Plaintiff was then taken to lockup, issued a CB number at 7:14 p.m. and, pursuant to the city's policy, placed in a lockup cell. Plaintiff was released on an I-bond at 10:00 p.m.

196. Plaintiff Philip Nelson was arrested on numerous occasions: (1) at 1:05 p.m. on 04/23/03, was transported to District 23 police station where he was processed, charged, an initial probable-cause determination was made, and the watch commander determined he was not to be fingerprinted. Plaintiff was then taken to lockup, issued a CB number at 2:01 p.m. and, pursuant to the city's policy, placed in a lockup cell. Plaintiff was released on an I-bond at 5:20

p.m.; and (2) at 2:30 p.m. on 04/11/03, was transported to District 19 police station where he was processed, charged, an initial probable-cause determination was made, and the watch commander determined he was not to be fingerprinted. Plaintiff was then taken to lockup, issued a CB number at 4:19 p.m. and, pursuant to the city's policy, placed in a lockup cell. Plaintiff was released on an I-bond at 8:15 p.m.

197. Plaintiff Jaime Nieto was arrested at 12:10 p.m. on 09/01/00, was transported to District 10 police station where he was processed, charged, an initial probable-cause determination was made, and the watch commander determined he was not to be fingerprinted. Plaintiff was then taken to lockup, issued a CB number at 2:39 p.m. and, pursuant to the city's policy, placed in a lockup cell. Plaintiff was released on an I-bond at 7:00 p.m.

198. Plaintiff Mario Norman was arrested at 11:15 a.m. on 09/10/00, was transported to District 25 police station where he was processed, charged, an initial probable-cause determination was made, and the watch commander determined he was not to be fingerprinted. Plaintiff was then taken to lockup, issued a CB number at 12:15 p.m. and, pursuant to the city's policy, placed in a lockup cell. Plaintiff was released on an I-bond at 4:00 p.m.

199. Plaintiff Dwayne Oliver was arrested at 6:30 p.m. on 11/17/00, was transported to District 4 police station where he was processed, charged, an initial probable-cause determination was made, and the watch commander determined he was not to be fingerprinted. Plaintiff was then taken to lockup, issued a CB number at 7:41 p.m. and, pursuant to the city's policy, placed in a lockup cell. Plaintiff was released on an I-bond at 12:30 a.m. on 11/18/00.

200. Plaintiff Gleen Ortiz was arrested at 11:45 a.m. on 07/23/00, was transported to District 14 police station where he was processed, charged, an initial probable-cause determination was made, and the watch commander determined he was not to be fingerprinted. Plaintiff was then taken to lockup, issued a CB number at 12:17 p.m. and, pursuant to the city's policy, placed in a lockup cell. Plaintiff was released on an I-bond at 4:45 p.m.

201. Plaintiff Michael Ortiz was arrested at 9:55 p.m. on 03/14/04, was transported to District 4 police station where he was processed, charged, an initial probable-cause determination

was made, and the watch commander determined he was not to be fingerprinted.  Plaintiff was then taken to lockup, issued a CB number at 12:40 a.m. and, pursuant to the city's policy, placed in a lockup cell.  Plaintiff was released on an I-bond at 4:50 a.m. on 03/15/04.

202.  Plaintiff James O'Toole was arrested at 10:30 a.m. on 12/02/01, was transported to District 1 police station where he was processed, charged, an initial probable-cause determination was made, and the watch commander determined he was not to be fingerprinted.  Plaintiff was then taken to lockup, issued a CB number at 5:39 p.m. and, pursuant to the city's policy, placed in a lockup cell.  Plaintiff was released on an I-bond at 9:00 p.m.

203.  Plaintiff Anthony Parker was arrested at 6:20 p.m. on 06/04/03, was transported to District 4 police station where he was processed, charged, an initial probable-cause determination was made, and the watch commander determined he was not to be fingerprinted.  Plaintiff was then taken to lockup, issued a CB number at 8:13 p.m. and, pursuant to the city's policy, placed in a lockup cell.  Plaintiff was released on an I-bond at 2:40 a.m. on 06/05/03.

204.  Plaintiff Bobby Parker was arrested at 8:15 p.m. on 11/18/00, was transported to District 6 police station where he was processed, charged, an initial probable-cause determination was made, and the watch commander determined he was not to be fingerprinted.  Plaintiff was then taken to lockup, issued a CB number at 9:21 p.m. and, pursuant to the city's policy, placed in a lockup cell.  Plaintiff was released on an I-bond at 12:20 a.m. on 11/19/00.

205.  Plaintiff Tony Parker was arrested at 11:30 a.m. on 02/11/04, was transported to District 1 police station where he was processed, charged, an initial probable-cause determination was made, and the watch commander determined he was not to be fingerprinted.  Plaintiff was then taken to lockup, issued a CB number at 4:17 p.m. and, pursuant to the city's policy, placed in a lockup cell.  Plaintiff was released on an I-bond at 6:45 p.m.

206.  Plaintiff Wesley Patten was arrested at 10:40 a.m. on 10/30/03, was transported to District 6 police station where he was processed, charged, an initial probable-cause determination was made, and the watch commander determined he was not to be fingerprinted.  Plaintiff was

then taken to lockup, issued a CB number at 12:25 p.m. and, pursuant to the city's policy, placed in a lockup cell. Plaintiff was released on an I-bond at 6:25 p.m.

207. Plaintiff Donyeal Peden was arrested at 9:00 p.m. on 07/11/03, was transported to District 11 police station where he was processed, charged, an initial probable-cause determination was made, and the watch commander determined he was not to be fingerprinted. Plaintiff was then taken to lockup, issued a CB number at 1:24 a.m. and, pursuant to the city's policy, placed in a lockup cell. Plaintiff was released on an I-bond at 4:30 a.m. on 07/12/03.

208. Plaintiff Miguel Pedraza was arrested at 8:30 p.m. on 01/29/02, was transported to District 25 police station where he was processed, charged, an initial probable-cause determination was made, and the watch commander determined he was not to be fingerprinted. Plaintiff was then taken to lockup, issued a CB number at 11:35 p.m. and, pursuant to the city's policy, placed in a lockup cell. Plaintiff was released on an I-bond at 3:50 a.m. on 01/30/02.

209. Plaintiff Darnell Perkins was arrested at 9:25 a.m. on 11/29/01, was transported to District 1 police station where he was processed, charged, an initial probable-cause determination was made, and the watch commander determined he was not to be fingerprinted. Plaintiff was then taken to lockup, issued a CB number at 10:57 a.m. and, pursuant to the city's policy, placed in a lockup cell. Plaintiff was released on an I-bond at 7:45 p.m.

210. Plaintiff Katherine Peters was arrested at 10:30 p.m. on 08/23/02, was transported to District 23 police station where she was processed, charged, an initial probable-cause determination was made, and the watch commander determined she was not to be fingerprinted. Plaintiff was then taken to lockup, issued a CB number at 11:52 p.m. and, pursuant to the city's policy, placed in a lockup cell. Plaintiff was released on an I-bond at 2:00 a.m. on 08/24/02.

211. Plaintiff Victor Phills was arrested at 2:35 p.m. on 12/02/01, was transported to District 6 police station where he was processed, charged, an initial probable-cause determination was made, and the watch commander determined he was not to be fingerprinted. Plaintiff was then taken to lockup, issued a CB number at 4:37 p.m. and, pursuant to the city's policy, placed in a lockup cell. Plaintiff was released on an I-bond at 3:45 a.m. on 12/03/01.

61

212. Plaintiff Kim Pindak was arrested at 12:00 p.m. on 11/17/00, was transported to District 1 police station where he was processed, charged, an initial probable-cause determination was made, and the watch commander determined he was not to be fingerprinted. Plaintiff was then taken to lockup, issued a CB number at 3:01 p.m. and, pursuant to the city's policy, placed in a lockup cell. Plaintiff was released on an I-bond at 7:00 p.m.

213. Plaintiff Alonzo Porter was arrested at 12:45 p.m. on 10/06/00, was transported to District 11 police station where he was processed, charged, an initial probable-cause determination was made, and the watch commander determined he was not to be fingerprinted. Plaintiff was then taken to lockup, issued a CB number at 2:17 p.m. and, pursuant to the city's policy, placed in a lockup cell. Plaintiff was released on an I-bond at 11:50 p.m.

214. Plaintiff Joshua Porter was arrested at 11:20 p.m. on 05/22/01, was transported to District 8 police station where he was processed, charged, an initial probable-cause determination was made, and the watch commander determined he was not to be fingerprinted. Plaintiff was then taken to lockup, issued a CB number at 12:39 a.m. and, pursuant to the city's policy, placed in a lockup cell. Plaintiff was released on an I-bond at 3:35 a.m. on 05/23/01.

215. Plaintiff Joe Pouncil was arrested at 6:50 p.m. on 10/31/00, was transported to District 15 police station where he was processed, charged, an initial probable-cause determination was made, and the watch commander determined he was not to be fingerprinted. Plaintiff was then taken to lockup, issued a CB number at 8:59 p.m. and, pursuant to the city's policy, placed in a lockup cell. Plaintiff was released on an I-bond at 2:25 a.m. on 11/01/00.

216. Plaintiff Roger Presswood was arrested at 4:50 p.m. on 08/15/02, was transported to District 23 police station where he was processed, charged, an initial probable-cause determination was made, and the watch commander determined he was not to be fingerprinted. Plaintiff was then taken to lockup, issued a CB number at 5:47 p.m. and, pursuant to the city's policy, placed in a lockup cell. Plaintiff was released on an I-bond at 4:20 a.m. on 08/16/02.

217. Plaintiff Kelcey Pulliam was arrested at 2:30 p.m. on 03/06/02, was transported to District 15 police station where he was processed, charged, an initial probable-cause

determination was made, and the watch commander determined he was not to be fingerprinted. Plaintiff was then taken to lockup, issued a CB number at 3:52 p.m. and, pursuant to the city's policy, placed in a lockup cell. Plaintiff was released on an I-bond at 7:25 p.m.

218. Plaintiff Humberto Ramirez was arrested at 1:30 a.m. on 07/19/00, was transported to District 8 police station where he was processed, charged, an initial probable-cause determination was made, and the watch commander determined he was not to be fingerprinted. Plaintiff was then taken to lockup, issued a CB number at 2:44 a.m. and, pursuant to the city's policy, placed in a lockup cell. Plaintiff was released on an I-bond at 6:45 a.m.

219. Plaintiff Mark Ramirez was arrested at 10:50 a.m. on 05/08/00, was transported to District 4 police station where he was processed, charged, an initial probable-cause determination was made, and the watch commander determined he was not to be fingerprinted. Plaintiff was then taken to lockup, issued a CB number at 1:05 p.m. and, pursuant to the city's policy, placed in a lockup cell. Plaintiff was released on an I-bond at 5:00 p.m.

220. Plaintiff Philip Ramirez was arrested at 10:50 a.m. on 05/08/00, was transported to District 4 police station where he was processed, charged, an initial probable-cause determination was made, and the watch commander determined he was not to be fingerprinted. Plaintiff was then taken to lockup, issued a CB number at 1:19 p.m. and, pursuant to the city's policy, placed in a lockup cell. Plaintiff was released on an I-bond at 5:00 p.m.

221. Plaintiff Timothy Ratliff was arrested at 8:00 p.m. on 03/08/02, was transported to District 11 police station where he was processed, charged, an initial probable-cause determination was made, and the watch commander determined he was not to be fingerprinted. Plaintiff was then taken to lockup, issued a CB number at 11:07 p.m. and, pursuant to the city's policy, placed in a lockup cell. Plaintiff was released on an I-bond at 3:15 a.m. on 03/09/02.

222. Plaintiff Clarence Ray was arrested at 3:45 p.m. on 09/23/01, was transported to District 4 police station where he was processed, charged, an initial probable-cause determination was made, and the watch commander determined he was not to be fingerprinted. Plaintiff was

then taken to lockup, issued a CB number at 4:54 p.m. and, pursuant to the city's policy, placed in a lockup cell. Plaintiff was released on an I-bond at 7:00 p.m.

223. Plaintiff Michael Reed was arrested at 10:30 p.m. on 09/03/02, was transported to District 11 police station where he was processed, charged, an initial probable-cause determination was made, and the watch commander determined he was not to be fingerprinted. Plaintiff was then taken to lockup, issued a CB number at 1:00 a.m. and, pursuant to the city's policy, placed in a lockup cell. Plaintiff was released on an I-bond at 7:00 a.m. on 09/04/02.

224. Plaintiff Marcus Reeves was arrested at 6:00 p.m. on 07/16/03, was transported to District 4 police station where he was processed, charged, an initial probable-cause determination was made, and the watch commander determined he was not to be fingerprinted. Plaintiff was then taken to lockup, issued a CB number at 7:38 p.m. and, pursuant to the city's policy, placed in a lockup cell. Plaintiff was released on an I-bond at 2:40 a.m. on 07/17/03.

225. Plaintiff Arthur Reynolds was arrested at 9:00 p.m. on 05/10/00, was transported to District 8 police station where he was processed, charged, an initial probable-cause determination was made, and the watch commander determined he was not to be fingerprinted. Plaintiff was then taken to lockup, issued a CB number at 9:54 p.m. and, pursuant to the city's policy, placed in a lockup cell. Plaintiff was released on an I-bond at 2:00 a.m. on 05/11/00.

226. Plaintiff James Rhodes was arrested at 9:05 p.m. on 09/05/01, was transported to District 6 police station where he was processed, charged, an initial probable-cause determination was made, and the watch commander determined he was not to be fingerprinted. Plaintiff was then taken to lockup, issued a CB number at 10:31 p.m. and, pursuant to the city's policy, placed in a lockup cell. Plaintiff was released on an I-bond at 3:50 a.m. on 09/06/01.

227. Plaintiff Arvetta Rice was arrested on numerous occasions: (1) at 5:50 p.m. on 04/25/02, was transported to District 1 police station where she was processed, charged, an initial probable-cause determination was made, and the watch commander determined she was not to be fingerprinted. Plaintiff was then taken to lockup, issued a CB number at 7:11 p.m. and, pursuant to the city's policy, placed in a lockup cell. Plaintiff was released on an I-bond at 1:00 a.m. on

04/26/02 and (2) at 7:30 p.m. on 12/26/01, was transported to District 1 police station where she was processed, charged, an initial probable-cause determination was made, and the watch commander determined she was not to be fingerprinted. Plaintiff was then taken to lockup, issued a CB number at 8:51 p.m. and, pursuant to the city's policy, placed in a lockup cell. Plaintiff was released on an I-bond at 4:25 a.m. on 12/27/01.

228. Plaintiff Cedric Rice was arrested at 7:05 p.m. on 08/14/00, was transported to District 6 police station where he was processed, charged, an initial probable-cause determination was made, and the watch commander determined he was not to be fingerprinted. Plaintiff was then taken to lockup, issued a CB number at 9:19 p.m. and, pursuant to the city's policy, placed in a lockup cell. Plaintiff was released on an I-bond at 12:30 a.m. on 08/15/00.

229. Plaintiff Jacques Rice was arrested at 2:30 p.m. on 06/12/00, was transported to District 11 police station where he was processed, charged, an initial probable-cause determination was made, and the watch commander determined he was not to be fingerprinted. Plaintiff was then taken to lockup, issued a CB number at 4:06 p.m. and, pursuant to the city's policy, placed in a lockup cell. Plaintiff was released on an I-bond at 10:20 p.m.

230. Plaintiff Michael Roach was arrested at 8:40 p.m. on 07/26/00, was transported to District 7 police station where he was processed, charged, an initial probable-cause determination was made, and the watch commander determined he was not to be fingerprinted. Plaintiff was then taken to lockup, issued a CB number at 11:47 p.m. and, pursuant to the city's policy, placed in a lockup cell. Plaintiff was released on an I-bond at 2:45 a.m. on 07/27/00.

231. Plaintiff Michael Roberts was arrested at 11:05 p.m. on 06/20/02, was transported to District 21 police station where he was processed, charged, an initial probable-cause determination was made, and the watch commander determined he was not to be fingerprinted. Plaintiff was then taken to lockup, issued a CB number at 12:37 a.m. and, pursuant to the city's policy, placed in a lockup cell. Plaintiff was released on an I-bond at 4:55 a.m. on 06/21/02.

232. Plaintiff Anthony Robinson was arrested at 1:45 p.m. on 06/07/03, was transported to District 11 police station where he was processed, charged, an initial probable-cause

determination was made, and the watch commander determined he was not to be fingerprinted. Plaintiff was then taken to lockup, issued a CB number at 3:36 p.m. and, pursuant to the city's policy, placed in a lockup cell. Plaintiff was released on an I-bond at 5:50 p.m.

233. Plaintiff Juan Rodriguez was arrested on numerous occasions: (1) at 1:45 p.m. on 11/05/03, was transported to District 4 police station where he was processed, charged, an initial probable-cause determination was made, and the watch commander determined he was not to be fingerprinted. Plaintiff was then taken to lockup, issued a CB number at 3:14 p.m. and, pursuant to the city's policy, placed in a lockup cell. Plaintiff was released on an I-bond at 7:45 p.m.; and (2) at 3:30 a.m. on 12/15/01, was transported to District 4 police station where he was processed, charged, an initial probable-cause determination was made, and the watch commander determined he was not to be fingerprinted. Plaintiff was then taken to lockup, issued a CB number at 5:07 a.m. and, pursuant to the city's policy, placed in a lockup cell. Plaintiff was released on an I-bond at 11:00 a.m.

234. Plaintiff Marco Rodriguez was arrested at 1:00 a.m. on 09/20/03, was transported to District 21 police station where he was processed, charged, an initial probable-cause determination was made, and the watch commander determined he was not to be fingerprinted. Plaintiff was then taken to lockup, issued a CB number at 2:08 a.m. and, pursuant to the city's policy, placed in a lockup cell. Plaintiff was released on an I-bond at 6:30 a.m.

235. Plaintiff Terrell Rome was arrested at 7:50 p.m. on 03/11/02, was transported to District 13 police station where he was processed, charged, an initial probable-cause determination was made, and the watch commander determined he was not to be fingerprinted. Plaintiff was then taken to lockup, issued a CB number at 10:26 p.m. and, pursuant to the city's policy, placed in a lockup cell. Plaintiff was released on an I-bond at 3:00 a.m. on 03/12/02.

236. Plaintiff Eric Rooks was arrested on numerous occasions: (1) at 9:45 a.m. on 10/14/00, was transported to District 12 police station where he was processed, charged, an initial probable-cause determination was made, and the watch commander determined he was not to be fingerprinted. Plaintiff was then taken to lockup, issued a CB number at 10:32 a.m. and,

66

pursuant to the city's policy, placed in a lockup cell. Plaintiff was released on an I-bond at 2:10 p.m.; (2) at 12:15 p.m. on 07/07/00, was transported to District 1 police station where he was processed, charged, an initial probable-cause determination was made, and the watch commander determined he was not to be fingerprinted. Plaintiff was then taken to lockup, issued a CB number at 12:48 p.m. and, pursuant to the city's policy, placed in a lockup cell. Plaintiff was released on an I-bond at 4:40 p.m.; (3) at 7:20 p.m. on 05/02/01, was transported to District 1 police station where he was processed, charged, an initial probable-cause determination was made, and the watch commander determined he was not to be fingerprinted. Plaintiff was then taken to lockup, issued a CB number at 8:54 p.m. and, pursuant to the city's policy, placed in a lockup cell. Plaintiff was released on an I-bond at 1:00 a.m. on 05/03/01; (4) at 10:30 p.m. on 12/29/00, was transported to District 1 police station where he was processed, charged, an initial probable-cause determination was made, and the watch commander determined he was not to be fingerprinted. Plaintiff was then taken to lockup, issued a CB number at 12:44 a.m. and, pursuant to the city's policy, placed in a lockup cell. Plaintiff was released on an I-bond at 5:00 a.m. on 12/30/00; (5) at 9:50 p.m. on 10/13/01, was transported to District 1 police station where he was processed, charged, an initial probable-cause determination was made, and the watch commander determined he was not to be fingerprinted. Plaintiff was then taken to lockup, issued a CB number at 10:55 p.m. and, pursuant to the city's policy, placed in a lockup cell. Plaintiff was released on an I-bond at 4:00 a.m. on 10/14/01; (6) at 10:00 a.m. on 03/27/01, was transported to District 1 police station where he was processed, charged, an initial probable-cause determination was made, and the watch commander determined he was not to be fingerprinted. Plaintiff was then taken to lockup, issued a CB number at 10:52 a.m. and, pursuant to the city's policy, placed in a lockup cell. Plaintiff was released on an I-bond at 4:05 p.m.; and (7) at 12:00 p.m. on 10/17/01, was transported to District 1 police station where he was processed, charged, an initial probable-cause determination was made, and the watch commander determined he was not to be fingerprinted. Plaintiff was then taken to lockup, issued a CB number at 12:51 p.m.

and, pursuant to the city's policy, placed in a lockup cell. Plaintiff was released on an I-bond at 1:00 a.m. on 10/18/01.

237. Plaintiff Clifton Ross was arrested at 12:00 a.m. on 07/04/03, was transported to District 4 police station where he was processed, charged, an initial probable-cause determination was made, and the watch commander determined he was not to be fingerprinted. Plaintiff was then taken to lockup, issued a CB number at 5:32 a.m. and, pursuant to the city's policy, placed in a lockup cell. Plaintiff was released on an I-bond at 2:40 p.m.

238. Plaintiff Edward Ruiz was arrested at 4:20 p.m. on 03/22/04, was transported to District 10 police station where he was processed, charged, an initial probable-cause determination was made, and the watch commander determined he was not to be fingerprinted. Plaintiff was then taken to lockup, issued a CB number at 6:20 p.m. and, pursuant to the city's policy, placed in a lockup cell. Plaintiff was released on an I-bond at 8:45 p.m.

239. Plaintiff James Sanders was arrested at 9:20 p.m. on 04/04/02, was transported to District 18 police station where he was processed, charged, an initial probable-cause determination was made, and the watch commander determined he was not to be fingerprinted. Plaintiff was then taken to lockup, issued a CB number at 10:25 p.m. and, pursuant to the city's policy, placed in a lockup cell. Plaintiff was released on an I-bond at 12:45 a.m. on 04/05/02.

240. Plaintiff Jerry Sanders was arrested at 8:40 p.m. on 07/26/00, was transported to District 7 police station where he was processed, charged, an initial probable-cause determination was made, and the watch commander determined he was not to be fingerprinted. Plaintiff was then taken to lockup, issued a CB number at 11:55 p.m. and, pursuant to the city's policy, placed in a lockup cell. Plaintiff was released on an I-bond at 2:50 a.m. on 07/27/00.

241. Plaintiff Jacobi Saterfield was arrested at 7:30 p.m. on 03/14/02, was transported to District 11 police station where he was processed, charged, an initial probable-cause determination was made, and the watch commander determined he was not to be fingerprinted. Plaintiff was then taken to lockup, issued a CB number at 10:46 p.m. and, pursuant to the city's policy, placed in a lockup cell. Plaintiff was released on an I-bond at 3:45 a.m. on 03/15/02.

242. Plaintiff Gregory Scott was arrested at 7:55 p.m. on 11/11/00, was transported to District 15 police station where he was processed, charged, an initial probable-cause determination was made, and the watch commander determined he was not to be fingerprinted. Plaintiff was then taken to lockup, issued a CB number at 8:29 p.m. and, pursuant to the city's policy, placed in a lockup cell. Plaintiff was released on an I-bond at 2:10 a.m. on 11/12/00.

243. Plaintiff Kevis Simms was arrested at 5:15 p.m. on 07/19/00, was transported to District 2 police station where he was processed, charged, an initial probable-cause determination was made, and the watch commander determined he was not to be fingerprinted. Plaintiff was then taken to lockup, issued a CB number at 5:32 p.m. and, pursuant to the city's policy, placed in a lockup cell. Plaintiff was released on an I-bond at 5:05 a.m. on 07/20/00.

244. Plaintiff Kenneth Sims was arrested at 10:05 p.m. on 01/27/01, was transported to District 4 police station where he was processed, charged, an initial probable-cause determination was made, and the watch commander determined he was not to be fingerprinted. Plaintiff was then taken to lockup, issued a CB number at 11:10 p.m. and, pursuant to the city's policy, placed in a lockup cell. Plaintiff was released on an I-bond at 2:15 a.m. on 01/28/01.

245. Plaintiff Antron Smith was arrested at 11:58 a.m. on 02/20/01, was transported to District 11 police station where he was processed, charged, an initial probable-cause determination was made, and the watch commander determined he was not to be fingerprinted. Plaintiff was then taken to lockup, issued a CB number at 1:14 p.m. and, pursuant to the city's policy, placed in a lockup cell. Plaintiff was released on an I-bond at 3:58 p.m.

246. Plaintiff Darius Smith was arrested at 3:40 p.m. on 07/18/00, was transported to District 7 police station where he was processed, charged, an initial probable-cause determination was made, and the watch commander determined he was not to be fingerprinted. Plaintiff was then taken to lockup, issued a CB number at 5:55 p.m. and, pursuant to the city's policy, placed in a lockup cell. Plaintiff was released on an I-bond at 9:42 p.m.

247. Plaintiff George Smith was arrested at 12:00 p.m. on 01/10/01, was transported to District 25 police station where he was processed, charged, an initial probable-cause

determination was made, and the watch commander determined he was not to be fingerprinted. Plaintiff was then taken to lockup, issued a CB number at 1:01 p.m. and, pursuant to the city's policy, placed in a lockup cell. Plaintiff was released on an I-bond at 5:00 p.m.

248. Plaintiff Gregory Smith was arrested at 12:15 p.m. on 08/18/00, was transported to District 2 police station where he was processed, charged, an initial probable-cause determination was made, and the watch commander determined he was not to be fingerprinted. Plaintiff was then taken to lockup, issued a CB number at 3:24 p.m. and, pursuant to the city's policy, placed in a lockup cell. Plaintiff was released on an I-bond at 2:30 a.m. on 08/19/00.

249. Plaintiff Lashawn Smith was arrested at 7:30 a.m. on 07/11/00, was transported to District 11 police station where he was processed, charged, an initial probable-cause determination was made, and the watch commander determined he was not to be fingerprinted. Plaintiff was then taken to lockup, issued a CB number at 9:40 a.m. and, pursuant to the city's policy, placed in a lockup cell. Plaintiff was released on an I-bond at 9:05 p.m.

250. Plaintiff Marshall Smith was arrested on numerous occasions: (1) at 2:00 p.m. on 08/01/00, was transported to District 1 police station where he was processed, charged, an initial probable-cause determination was made, and the watch commander determined he was not to be fingerprinted. Plaintiff was then taken to lockup, issued a CB number at 2:44 p.m. and, pursuant to the city's policy, placed in a lockup cell. Plaintiff was released on an I-bond at 5:25 p.m.; (2) at 1:00 p.m. on 03/20/02, was transported to District 1 police station where he was processed, charged, an initial probable-cause determination was made, and the watch commander determined he was not to be fingerprinted. Plaintiff was then taken to lockup, issued a CB number at 4:39 p.m. and, pursuant to the city's policy, placed in a lockup cell. Plaintiff was released on an I-bond at 1:45 a.m. on 03/21/02.; and (3) at 8:30 p.m. on 11/13/03, was transported to District 1 police station where he was processed, charged, an initial probable-cause determination was made, and the watch commander determined he was not to be fingerprinted. Plaintiff was then taken to lockup, issued a CB number at 2:13 a.m. and, pursuant to the city's policy, placed in a lockup cell. Plaintiff was released on an I-bond at 1:30 p.m. on 11/14/03.

251. Plaintiff Ronnina Smith was arrested at 1:00 p.m. on 09/18/02, was transported to District 21 police station where she was processed, charged, an initial probable-cause determination was made, and the watch commander determined she was not to be fingerprinted. Plaintiff was then taken to lockup, issued a CB number at 4:00 p.m. and, pursuant to the city's policy, placed in a lockup cell. Plaintiff was released on an I-bond at 8:20 p.m.

252. Plaintiff Vittorio Smith was arrested at 6:30 p.m. on 11/17/00, was transported to District 4 police station where he was processed, charged, an initial probable-cause determination was made, and the watch commander determined he was not to be fingerprinted. Plaintiff was then taken to lockup, issued a CB number at 7:33 p.m. and, pursuant to the city's policy, placed in a lockup cell. Plaintiff was released on an I-bond at 12:30 a.m. on 11/18/00.

253. Plaintiff Xavier Smith was arrested at 8:00 p.m. on 05/11/01, was transported to District 7 police station where he was processed, charged, an initial probable-cause determination was made, and the watch commander determined he was not to be fingerprinted. Plaintiff was then taken to lockup, issued a CB number at 12:26 a.m. and, pursuant to the city's policy, placed in a lockup cell. Plaintiff was released on an I-bond at 5:25 a.m. on 05/12/01.

254. Plaintiff Lazar Starks was arrested at 8:30 p.m. on 09/09/00, was transported to District 7 police station where he was processed, charged, an initial probable-cause determination was made, and the watch commander determined he was not to be fingerprinted. Plaintiff was then taken to lockup, issued a CB number at 10:48 p.m. and, pursuant to the city's policy, placed in a lockup cell. Plaintiff was released on an I-bond at 9:30 a.m. on 09/10/00.

255. Plaintiff James Stephenson was arrested at 7:50 p.m. on 07/08/00, was transported to District 7 police station where he was processed, charged, an initial probable-cause determination was made, and the watch commander determined he was not to be fingerprinted. Plaintiff was then taken to lockup, issued a CB number at 10:46 p.m. and, pursuant to the city's policy, placed in a lockup cell. Plaintiff was released on an I-bond at 1:00 a.m. on 07/09/00.

256. Plaintiff Eddie Stewart was arrested at 2:45 p.m. on 04/26/02, was transported to District 5 police station where he was processed, charged, an initial probable-cause determination

71

was made, and the watch commander determined he was not to be fingerprinted. Plaintiff was then taken to lockup, issued a CB number at 4:00 p.m. and, pursuant to the city's policy, placed in a lockup cell. Plaintiff was released on an I-bond at 5:00 a.m. on 04/27/02.

257. Plaintiff Lawrence Stewart was arrested at 12:00 p.m. on 10/10/00, was transported to District 25 police station where he was processed, charged, an initial probable-cause determination was made, and the watch commander determined he was not to be fingerprinted. Plaintiff was then taken to lockup, issued a CB number at 1:25 p.m. and, pursuant to the city's policy, placed in a lockup cell. Plaintiff was released on an I-bond at 6:30 p.m.

258. Plaintiff Latrelle Stricklin was arrested at 8:05 p.m. on 03/04/02, was transported to District 11 police station where he was processed, charged, an initial probable-cause determination was made, and the watch commander determined he was not to be fingerprinted. Plaintiff was then taken to lockup, issued a CB number at 10:51 p.m. and, pursuant to the city's policy, placed in a lockup cell. Plaintiff was released on an I-bond at 2:00 a.m. on 03/05/02.

259. Plaintiff Charles Tate was arrested at 11:45 a.m. on 04/18/03, was transported to District 22 police station where he was processed, charged, an initial probable-cause determination was made, and the watch commander determined he was not to be fingerprinted. Plaintiff was then taken to lockup, issued a CB number at 2:40 p.m. and, pursuant to the city's policy, placed in a lockup cell. Plaintiff was released on an I-bond at 9:30 p.m.

260. Plaintiff Dillard Taylor was arrested at 1:25 p.m. on 07/10/00, was transported to District 15 police station where he was processed, charged, an initial probable-cause determination was made, and the watch commander determined he was not to be fingerprinted. Plaintiff was then taken to lockup, issued a CB number at 3:19 p.m. and, pursuant to the city's policy, placed in a lockup cell. Plaintiff was released on an I-bond at 8:20 p.m.

261. Plaintiff Grayling Taylor was arrested at 8:45 p.m. on 10/02/00, was transported to District 4 police station where he was processed, charged, an initial probable-cause determination was made, and the watch commander determined he was not to be fingerprinted. Plaintiff was

then taken to lockup, issued a CB number at 10:53 p.m. and, pursuant to the city's policy, placed in a lockup cell. Plaintiff was released on an I-bond at 2:45 a.m. on 10/03/00.

262. Plaintiff Michael Taylor was arrested at 6:10 p.m. on 12/30/00, was transported to District 6 police station where he was processed, charged, an initial probable-cause determination was made, and the watch commander determined he was not to be fingerprinted. Plaintiff was then taken to lockup, issued a CB number at 6:49 p.m. and, pursuant to the city's policy, placed in a lockup cell. Plaintiff was released on an I-bond at 9:55 p.m.

263. Plaintiff Jerome Thomas was arrested at 2:45 a.m. on 08/02/01, was transported to District 8 police station where he was processed, charged, an initial probable-cause determination was made, and the watch commander determined he was not to be fingerprinted. Plaintiff was then taken to lockup, issued a CB number at 4:34 a.m. and, pursuant to the city's policy, placed in a lockup cell. Plaintiff was released on an I-bond at 8:35 a.m.

264. Plaintiff Ronnie Thomas was arrested at 5:00 a.m. on 09/08/02, was transported to District 6 police station where he was processed, charged, an initial probable-cause determination was made, and the watch commander determined he was not to be fingerprinted. Plaintiff was then taken to lockup, issued a CB number at 8:56 a.m. and, pursuant to the city's policy, placed in a lockup cell. Plaintiff was released on an I-bond at 12:00 p.m.

265. Plaintiff Alonzo Thompson was arrested at 1:20 p.m. on 09/26/01, was transported to District 7 police station where he was processed, charged, an initial probable-cause determination was made, and the watch commander determined he was not to be fingerprinted. Plaintiff was then taken to lockup, issued a CB number at 2:46 p.m. and, pursuant to the city's policy, placed in a lockup cell. Plaintiff was released on an I-bond at 6:15 p.m.

266. Plaintiff Duana Tillman was arrested at 8:15 p.m. on 05/11/02, was transported to District 15 police station where she was processed, charged, an initial probable-cause determination was made, and the watch commander determined he was not to be fingerprinted. Plaintiff was then taken to lockup, issued a CB number at 10:55 p.m. and, pursuant to the city's policy, placed in a lockup cell. Plaintiff was released on an I-bond at 11:45 p.m.

267. Plaintiff Ivan Torres was arrested at 11:00 p.m. on 10/26/03, was transported to District 8 police station where he was processed, charged, an initial probable-cause determination was made, and the watch commander determined he was not to be fingerprinted. Plaintiff was then taken to lockup, issued a CB number at 11:52 p.m. and, pursuant to the city's policy, placed in a lockup cell. Plaintiff was released on an I-bond at 3:10 a.m. on 10/27/03.

268. Plaintiff Zaccheus Torry was arrested at 12:30 p.m. on 12/28/01, was transported to District 14 police station where he was processed, charged, an initial probable-cause determination was made, and the watch commander determined he was not to be fingerprinted. Plaintiff was then taken to lockup, issued a CB number at 2:42 p.m. and, pursuant to the city's policy, placed in a lockup cell. Plaintiff was released on an I-bond at 5:00 p.m.

269. Plaintiff Channell Nolen Townsend was arrested at 8:40 a.m. on 05/02/02, was transported to District 11 police station where she was processed, charged, an initial probable-cause determination was made, and the watch commander determined she was not to be fingerprinted. Plaintiff was then taken to lockup, issued a CB number at 9:42 a.m. and, pursuant to the city's policy, placed in a lockup cell. Plaintiff was released on an I-bond at 6:25 p.m.

270. Plaintiff James Urso was arrested at 6:50 p.m. on 09/14/02, was transported to District 1 police station where he was processed, charged, an initial probable-cause determination was made, and the watch commander determined he was not to be fingerprinted. Plaintiff was then taken to lockup, issued a CB number at 8:47 p.m. and, pursuant to the city's policy, placed in a lockup cell. Plaintiff was released on an I-bond at 12:25 a.m. on 09/15/02.

271. Plaintiff Joseph Vaughn was arrested at 10:15 a.m. on 11/06/02, was transported to District 10 police station where he was processed, charged, an initial probable-cause determination was made, and the watch commander determined he was not to be fingerprinted. Plaintiff was then taken to lockup, issued a CB number at 11:45 a.m. and, pursuant to the city's policy, placed in a lockup cell. Plaintiff was released on an I-bond at 4:40 p.m.

272. Plaintiff Sean Walker was arrested at 6:50 p.m. on 09/10/03, was transported to District 25 police station where he was processed, charged, an initial probable-cause

74

determination was made, and the watch commander determined he was not to be fingerprinted. Plaintiff was then taken to lockup, issued a CB number at 9:13 p.m. and, pursuant to the city's policy, placed in a lockup cell. Plaintiff was released on an I-bond at 4:00 a.m. on 09/11/03.

273. Plaintiff Terry Walker was arrested on numerous occasions: (1) at 7:10 p.m. on 01/03/04, was transported to District 12 police station where he was processed, charged, an initial probable-cause determination was made, and the watch commander determined he was not to be fingerprinted. Plaintiff was then taken to lockup, issued a CB number at 8:05 p.m. and, pursuant to the city's policy, placed in a lockup cell. Plaintiff was released on an I-bond at 11:05 p.m.; (2) at 7:40 p.m. on 03/18/02, was transported to District 12 police station where he was processed, charged, an initial probable-cause determination was made, and the watch commander determined he was not to be fingerprinted. Plaintiff was then taken to lockup, issued a CB number at 9:18 p.m. and, pursuant to the city's policy, placed in a lockup cell. Plaintiff was released on an I-bond at 12:50 a.m. on 03/19/02; and (3) at 7:30 p.m. on 05/16/00, was transported to District 23 police station where he was processed, charged, an initial probable-cause determination was made, and the watch commander determined he was not to be fingerprinted. Plaintiff was then taken to lockup, issued a CB number at 8:27 p.m. and, pursuant to the city's policy, placed in a lockup cell. Plaintiff was released on an I-bond at 3:00 a.m. on 05/17/00.

274. Plaintiff Kavin Wardell was arrested at 8:00 p.m. on 12/26/00, was transported to District 4 police station where he was processed, charged, an initial probable-cause determination was made, and the watch commander determined he was not to be fingerprinted. Plaintiff was then taken to lockup, issued a CB number at 10:31 p.m. and, pursuant to the city's policy, placed in a lockup cell. Plaintiff was released on an I-bond at 3:15 a.m. on 12/27/00.

275. Plaintiff Isaiah Warren was arrested at 10:45 p.m. on 06/20/00, was transported to District 12 police station where he was processed, charged, an initial probable-cause determination was made, and the watch commander determined he was not to be fingerprinted.

Plaintiff was then taken to lockup, issued a CB number at 4:02 a.m. and, pursuant to the city's policy, placed in a lockup cell. Plaintiff was released on an I-bond at 9:50 a.m. on 06/21/00.

276. Plaintiff Teon Warren was arrested at 12:50 p.m. on 10/28/00, was transported to District 11 police station where he was processed, charged, an initial probable-cause determination was made, and the watch commander determined he was not to be fingerprinted. Plaintiff was then taken to lockup, issued a CB number at 1:56 p.m. and, pursuant to the city's policy, placed in a lockup cell. Plaintiff was released on an I-bond at 5:40 p.m.

277. Plaintiff Jonas Watkins was arrested and transported to District 6 police station where he was processed, charged, an initial probable-cause determination was made, and the watch commander determined he was not to be fingerprinted. Plaintiff was then taken to lockup, issued a CB number at 12:12 a.m. and, pursuant to the city's policy, placed in a lockup cell. Plaintiff was released on an I-bond at 3:50 a.m. on 09/28/01, more than four hours after plaintiff's arrest.

278. Plaintiff Robert Wells was arrested at 7:45 a.m. on 07/09/00, was transported to District 11 police station where he was processed, charged, an initial probable-cause determination was made, and the watch commander determined he was not to be fingerprinted. Plaintiff was then taken to lockup, issued a CB number at 8:57 a.m. and, pursuant to the city's policy, placed in a lockup cell. Plaintiff was released on an I-bond at 12:55 a.m. on 07/10/00.

279. Plaintiff Larry White was arrested on numerous occasions: (1) at 7:05 p.m. on 09/14/00, was transported to District 1 police station where he was processed, charged, an initial probable-cause determination was made, and the watch commander determined he was not to be fingerprinted. Plaintiff was then taken to lockup, issued a CB number at 7:54 p.m. and, pursuant to the city's policy, placed in a lockup cell. Plaintiff was released on an I-bond at 10:25 p.m.; and (2) at 2:30 p.m. on 06/15/01, was transported to District 9 police station where he was processed, charged, an initial probable-cause determination was made, and the watch commander determined he was not to be fingerprinted. Plaintiff was then taken to lockup, issued a CB

number at 3:53 p.m. and, pursuant to the city's policy, placed in a lockup cell. Plaintiff was released on an I-bond at 7:30 p.m.

280. Plaintiff Michael Wilkins was arrested at 12:50 p.m. on 08/10/02, was transported to District 11 police station where he was processed, charged, an initial probable-cause determination was made, and the watch commander determined he was not to be fingerprinted. Plaintiff was then taken to lockup, issued a CB number at 1:48 p.m. and, pursuant to the city's policy, placed in a lockup cell. Plaintiff was released on an I-bond at 7:40 p.m.

281. Plaintiff Joanne Williams was arrested at 6:45 p.m. on 11/01/01, was transported to District 19 police station where she was processed, charged, an initial probable-cause determination was made, and the watch commander determined she was not to be fingerprinted. Plaintiff was then taken to lockup, issued a CB number at 7:22 p.m. and, pursuant to the city's policy, placed in a lockup cell. Plaintiff was released on an I-bond at 1:45 a.m. on 11/02/01.

282. Plaintiff Larry Williams was arrested at 1:06 p.m. on 01/30/02, was transported to District 21 police station where he was processed, charged, an initial probable-cause determination was made, and the watch commander determined he was not to be fingerprinted. Plaintiff was then taken to lockup, issued a CB number at 2:17 p.m. and, pursuant to the city's policy, placed in a lockup cell. Plaintiff was released on an I-bond at 4:55 p.m.

283. Plaintiff Michael Williams was arrested at 11:30 a.m. on 12/20/00, was transported to District 25 police station where he was processed, charged, an initial probable-cause determination was made, and the watch commander determined he was not to be fingerprinted. Plaintiff was then taken to lockup, issued a CB number at 12:00 p.m. and, pursuant to the city's policy, placed in a lockup cell. Plaintiff was released on an I-bond at 5:00 p.m.

284. Plaintiff Shawn Williams was arrested at 1:15 a.m. on 03/23/01, was transported to District 13 police station where he was processed, charged, an initial probable-cause determination was made, and the watch commander determined he was not to be fingerprinted. Plaintiff was then taken to lockup, issued a CB number at 2:51 a.m. and, pursuant to the city's policy, placed in a lockup cell. Plaintiff was released on an I-bond at 5:35 a.m.

285.  Plaintiff Velma Williams was arrested at 3:00 p.m. on 06/07/00, was transported to District 1 police station where she was processed, charged, an initial probable-cause determination was made, and the watch commander determined she was not to be fingerprinted. Plaintiff was then taken to lockup, issued a CB number at 4:33 p.m. and, pursuant to the city's policy, placed in a lockup cell.  Plaintiff was released on an I-bond at 7:50 p.m.

286.  Plaintiff William Williams was arrested on numerous occasions: (1) at 2:20 p.m. on 09/07/01, was transported to District 23 police station where he was processed, charged, an initial probable-cause determination was made, and the watch commander determined he was not to be fingerprinted.  Plaintiff was then taken to lockup, issued a CB number at 4:23 p.m. and, pursuant to the city's policy, placed in a lockup cell.  Plaintiff was released on an I-bond at 6:35 p.m.; and (2) at 1:15 p.m. on 04/05/02, was transported to District 19 police station where he was processed, charged, an initial probable-cause determination was made, and the watch commander determined he was not to be fingerprinted.  Plaintiff was then taken to lockup, issued a CB number at 3:19 p.m. and, pursuant to the city's policy, placed in a lockup cell.  Plaintiff was released on an I-bond at 12:55 a.m. on 04/06/02.

287.  Plaintiff Howard Williamson was arrested at 1:25 p.m. on 07/12/01, was transported to District 15 police station where he was processed, charged, an initial probable-cause determination was made, and the watch commander determined he was not to be fingerprinted. Plaintiff was then taken to lockup, issued a CB number at 2:47 p.m. and, pursuant to the city's policy, placed in a lockup cell.  Plaintiff was released on an I-bond at 8:45 p.m.

288.  Plaintiff Cedric Wince was arrested at 8:55 p.m. on 07/08/02, was transported to District 13 police station where he was processed, charged, an initial probable-cause determination was made, and the watch commander determined he was not to be fingerprinted. Plaintiff was then taken to lockup, issued a CB number at 11:08 p.m. and, pursuant to the city's policy, placed in a lockup cell.  Plaintiff was released on an I-bond at 2:00 a.m. on 07/09/02.

289.  Plaintiff Minoso Winters was arrested at 9:45 p.m. on 06/15/02, was transported to District 8 police station where he was processed, charged, an initial probable-cause determination

was made, and the watch commander determined he was not to be fingerprinted. Plaintiff was then taken to lockup, issued a CB number at 10:59 p.m. and, pursuant to the city's policy, placed in a lockup cell. Plaintiff was released on an I-bond at 5:30 a.m. on 06/16/02.

290. Plaintiff Warren Woodard was arrested at 3:15 a.m. on 01/15/01, was transported to District 21 police station where he was processed, charged, an initial probable-cause determination was made, and the watch commander determined he was not to be fingerprinted. Plaintiff was then taken to lockup, issued a CB number at 4:39 a.m. and, pursuant to the city's policy, placed in a lockup cell. Plaintiff was released on an I-bond at 11:00 a.m.

291. Plaintiff Kevin Woods was arrested at 5:40 p.m. on 12/01/00, was transported to District 9 police station where he was processed, charged, an initial probable-cause determination was made, and the watch commander determined he was not to be fingerprinted. Plaintiff was then taken to lockup, issued a CB number at 7:11 p.m. and, pursuant to the city's policy, placed in a lockup cell. Plaintiff was released on an I-bond at 11:20 p.m.

292. Plaintiff Tavares Wright was arrested at 3:35 p.m. on 04/14/01, was transported to District 21 police station where he was processed, charged, an initial probable-cause determination was made, and the watch commander determined he was not to be fingerprinted. Plaintiff was then taken to lockup, issued a CB number at 4:46 p.m. and, pursuant to the city's policy, placed in a lockup cell. Plaintiff was released on an I-bond at 8:00 p.m.

293. Plaintiff Raymond Young was arrested on numerous occasions: (1) at 12:00 p.m. on 08/03/01, was transported to District 1 police station where he was processed, charged, an initial probable-cause determination was made, and the watch commander determined he was not to be fingerprinted. Plaintiff was then taken to lockup, issued a CB number at 2:39 p.m. and, pursuant to the city's policy, placed in a lockup cell. Plaintiff was released on an I-bond at 8:30 p.m.; (2) at 4:30 p.m. on 10/10/00, was transported to District 1 police station where he was processed, charged, an initial probable-cause determination was made, and the watch commander determined he was not to be fingerprinted. Plaintiff was then taken to lockup, issued a CB number at 5:29 p.m. and, pursuant to the city's policy, placed in a lockup cell. Plaintiff was

released on an I-bond at 8:00 p.m.; (3) at 9:30 p.m. on 06/04/00, was transported to District 1 police station where he was processed, charged, an initial probable-cause determination was made, and the watch commander determined he was not to be fingerprinted. Plaintiff was then taken to lockup, issued a CB number at 10:48 p.m. and, pursuant to the city's policy, placed in a lockup cell. Plaintiff was released on an I-bond at 1:45 a.m. on 06/05/00; (4) at 1:00 p.m. on 11/18/01, was transported to District 1 police station where he was processed, charged, an initial probable-cause determination was made, and the watch commander determined he was not to be fingerprinted. Plaintiff was then taken to lockup, issued a CB number at 2:47 p.m. and, pursuant to the city's policy, placed in a lockup cell. Plaintiff was released on an I-bond at 12:20 a.m. on 11/19/01; (5) at 1:45 p.m. on 01/12/01, was transported to District 1 police station where he was processed, charged, an initial probable-cause determination was made, and the watch commander determined he was not to be fingerprinted. Plaintiff was then taken to lockup, issued a CB number at 2:39 p.m. and, pursuant to the city's policy, placed in a lockup cell. Plaintiff was released on an I-bond at 5:45 p.m.; (6) at 11:25 a.m. on 10/19/00, was transported to District 1 police station where he was processed, charged, an initial probable-cause determination was made, and the watch commander determined he was not to be fingerprinted. Plaintiff was then taken to lockup, issued a CB number at 12:08 p.m. and, pursuant to the city's policy, placed in a lockup cell. Plaintiff was released on an I-bond at 5:00 p.m.; (7) at 1:45 p.m. on 03/30/01, was transported to District 1 police station where he was processed, charged, an initial probable-cause determination was made, and the watch commander determined he was not to be fingerprinted. Plaintiff was then taken to lockup, issued a CB number at 3:28 p.m. and, pursuant to the city's policy, placed in a lockup cell. Plaintiff was released on an I-bond at 8:45 p.m.; (8) at 11:40 a.m. on 11/04/00, was transported to District 1 police station where he was processed, charged, an initial probable-cause determination was made, and the watch commander determined he was not to be fingerprinted. Plaintiff was then taken to lockup, issued a CB number at 2:28 p.m. and, pursuant to the city's policy, placed in a lockup cell. Plaintiff was released on an I-bond at 8:30 p.m.; and (9) at 10:55 a.m. on 08/30/00, was transported to District 1 police station where he was

80

processed, charged, an initial probable-cause determination was made, and the watch commander determined he was not to be fingerprinted. Plaintiff was then taken to lockup, issued a CB number at 11:40 a.m. and, pursuant to the city's policy, placed in a lockup cell. Plaintiff was released on an I-bond at 8:00 p.m.

294. Plaintiff Reggie Zeigler was arrested at 12:35 p.m. on 09/19/00, was transported to District 21 police station where he was processed, charged, an initial probable-cause determination was made, and the watch commander determined he was not to be fingerprinted. Plaintiff was then taken to lockup, issued a CB number at 1:28 p.m. and, pursuant to the city's policy, placed in a lockup cell. Plaintiff was released on an I-bond at 4:00 p.m.

CITY OF CHICAGO
PROCEDURES AND PRACTICES

295. At all times relevant to this complaint, the City of Chicago has had a policy and practice through its community policing programs of vigorously arresting and detaining people allegedly violating ordinances prohibiting loitering, disorderly conduct, panhandling, scalping tickets, peddling and other similar ordinances which impose only a fine.

296. The city is aware that people arrested for these minor violations will not have to post a cash bond in order to be released, are rarely prosecuted and/or found guilty of violating these ordinances and, even if they are found guilty, the fines are seldom paid because the people are indigent. In fact, 85% of the complaints filed against persons arrested for non-jailable ordinance violations are non-suited.

297. The city believes that people arrested and briefly detained for these offenses will resume these activities upon release from custody and believe therefore that merely taking a person into custody for a short duration does not prevent these individuals from being a "public nuisance."

298. There is a policy and widespread and systemic practice in the City of Chicago of processing individuals arrested on minor ordinance offenses that carry no jail time and not fingerprinted in the same manner it processes individuals arrested for more serious offenses even

81

though the process includes steps that according to the CPD's GOs and DSOs, are not necessary to process plaintiffs. For example, after they are eligible for release on an I-bond, plaintiffs are prepared for custody and placed in a lockup cell, notwithstanding the fact that there is no law-enforcement reason for doing so. Specifically, plaintiffs were placed in a cell even though, unlike other arrestees, they (a) were not to be fingerprinted because both their identity and the fact that they are not wanted on an outstanding warrant had been established, and thus any additional name checks were redundant; (b) were not awaiting a probable cause and/or bond hearing; and (c) according to the CPD's GOs and DSOs, were eligible for release on an I-bond. And plaintiffs were not under the influence of drugs or alcohol or otherwise in need of any medical treatment that required further detention.

299. The city admits that its policy of treating non-fingerprinted ordinance violators like it treats all other arrestees foreseeably results in lenthy delays in their release -- routinely causing unreasonably long detentions of more than four hours and often more than 12 hours from arrest to release.

300. Furthermore, all of the processing steps performed after plaintiffs were transferred to lockup and placed in a lockup cell could easily have been performed while they were in the secured holding area and without transferring them to lockup.

301. Moreover, at the time plaintiffs are eligible for release, the tasks necessary to admit plaintiffs to lockup and then prepare them for release were more time consuming than the tasks necessary to have the I-bond -- which the plaintiff is already entitled to -- signed and effectuate the plaintiff's release.

302. The plaintiffs' prolonged detentions are not the result of completing tasks that have legitimate law-enforcement purposes and thus constitute needless delay, delay for delay's sake, and/or delay deliberately created so that the process becomes the punishment.

303. The city did not document any explanation for the length of plaintiffs' detentions, despite the fact that it was either aware of or should have known that detentions of "longer than four hours" in which no probable cause hearings were contemplated "require an explanation for

82

the length of the plaintiffs' detentions." *Chortek v. City of Milwaukee*, 356 F.3d 740, 747 (7th Cir. 2004) (citing *Arlotta v. Bradley Ctr.*, 349 F.3d 517, 523 (7th Cir. 2003, *Gramenos v. Jewel Companies, Inc.*, 797 F.2d 432, 437 (7th Cir. 1986), and *Moore v. Marketplace Rest., Inc.*, 754 F.2d 1336, 1350-51 (7th Cir. 1985)).

304.  In addition to plaintiffs, there are approximately 16,000 persons arrested from May 1, 2000 to September 3, 2004, for ordinance violations that carry no jail time, whose identity and warrant status has been determined and it had been decided that they will not be fingerprinted, and were not under the influence of alcohol or drugs and were not in ill health, approximately 12,000, or roughly 75%, are nevertheless placed in a lockup cell and detained for four or more hours from arrest to release without any documented justification.

305.  The policy described herein constitutes a widespread practice that, although not authorized by written law or regulation, is so permanent and well settled as to constitute a custom or usage with the force of law and amounts to an official policy of the City of Chicago.

<u>DAMAGES</u>

306.  As a direct and proximate result of the practices, policies and procedures of the defendant, plaintiffs were detained for an excessive period of time, thus suffering a loss of liberty.

WHEREFORE, plaintiffs request that this Court:

(a)  enter judgment on behalf of plaintiffs and against defendant for monetary damages to be determine at trial;

(b)  enter judgment for reasonable attorneys' fees and costs incurred in bringing this action; and

(c)  grant plaintiffs any and all other relief as law and justice demand.

Respectfully submitted,

/s/ Judson H. Miner
Judson H. Miner
One of the Attorneys for Plaintiffs

Miner, Barnhill & Galland, P.C.
14 W. Erie St.
Chicago, IL 60654
(312) 751-1170

Michael Kanovitz
Loevy & Loevy
312 N. May St.
Chicago, IL 60607
(312) 243-5902

Mark G. Weinberg
3612 N. Tripp Ave.
Chicago, IL 60641
(773) 283-3913